AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

__PAUL J Smith__
Plaintiff

v.

__Carl C. Danberg__
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 0 7 - 4 7 6

I, __PAUL J Smith__ declare that I am the (check appropriate box)

- • Petitioner/Plaintiff/Movant   • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

JUL 27 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   •(Yes)   •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration __Delaware Correctional Center__

   Inmate Identification Number (Required): __00148003__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • •Yes   •(No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   __1993__

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | •(No) |
   | b. | Rent payments, interest or dividends | • • Yes | •(No) |
   | c. | Pensions, annuities or life insurance payments | • • Yes | •(No) |
   | d. | Disability or workers compensation payments | • • Yes | •(No) |
   | e. | Gifts or inheritances | • • Yes | •(No) |
   | f. | Any other sources | • • Yes | •(No) |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   • • Yes   • No 

   If "Yes" state the total amount $ ZERO

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes   • No 

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

07-20-07
DATE

_____
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IM Paul Smith
SBI# 00148003 UNIT W-I-84
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

ATT: Legal Mail

Clerk of Court
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, Delaware
19801

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Paul Smith_  SBI#: _142013_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _July 23, 2007_

07-476

FILED
JUL 27 2007
RG sewer
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _January 1, 2007_ to _June 30, 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | 0 |
| Feb | 0 |
| March | 0 |
| April | 0 |
| May | 1.51 |
| June | 0 |

Average daily balances/6 months: _.25_

Attachments
CC: File

_Stacy Shane_
7/23/07

_(signature)_
7/28/07

**Individual Statement**
**From January 2007 to June 2007**

Date Printed: 7/23/2007                                                                                          Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00142003 | SMITH | PAUL | J | | Beginning Month Balance: | $0.00 |
| Current Location: | W1 | | | | Ending Month Balance: | $0.00 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 5/24/2007 | $0.00 | $0.00 | $0.00 | $0.00 | 432543 | | | |
| Commitments | 5/25/2007 | $7.96 | $0.00 | $0.00 | $7.96 | 433040 | | | C&T |
| Medical | 5/25/2007 | ($2.00) | $0.00 | $0.00 | $5.96 | 433192 | | 8/16/06 | |
| Mail | 5/31/2007 | $1.00 | $0.00 | $0.00 | $6.96 | 435107 | 10703274851 | | D PARKER |
| Mail | 5/31/2007 | $4.00 | $0.00 | $0.00 | $10.96 | 435108 | 10703274862 | | B WRIGHT |
| Supplies-MailPosta | 6/1/2007 | ($6.49) | $0.00 | $0.00 | $4.47 | 436992 | | 6/27/06 | |
| Supplies-MailPosta | 6/1/2007 | ($1.35) | $0.00 | $0.00 | $3.12 | 436994 | | 7/11/06 | |
| Supplies-MailPosta | 6/1/2007 | ($2.07) | $0.00 | $0.00 | $1.05 | 437006 | | 7/11/06 | |
| Supplies-MailPosta | 6/1/2007 | ($1.05) | $0.00 | ($1.48) | $0.00 | 437047 | | INDIGENT 8/2/06 | |
| Supplies-MailPosta | 6/8/2007 | $0.00 | $0.00 | ($8.87) | $0.00 | 440657 | | 5/23/07 | |
| Medical | 6/21/2007 | $0.00 | ($6.00) | $0.00 | $0.00 | 446355 | | 6/12/07 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($14.00)
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($13.05)

