(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Paul Smith  00142003
(Name of Plaintiff)    (Inmate Number)

Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Carl C. Danberg
(2) Thomas Carroll
(3) Betty Burris
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07 - 476
(Case Number)
(to be assigned by U.S. District Court)

CIVIL COMPLAINT

07 - 476

• • Jury Trial Requested

FILED
JUL 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Smith V. Taylor Et Al Case Number 1:06-CV-432 Case Assigned Judge Gregory M. Sleet. Filed 2004-2005, Also Case Number 1:06-CV-431 And Case Number 05-142 (GMS) Poor Housing Conditions(s) And Poor Medical Staff And Treatment(s).

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? Made Contact with Carl Danberg, Thomas Carroll, + Betty Burris, About Condition(s),

2. What was the result? Nothing Has Been Done, They All ignored my complaint(s)

D. If your answer to "B" is No, explain why not: They Are Not willing To Make Housing Condition(s) Better,

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Commissioner Carl C. Danberg
Employed as Commissioner of Correction(s) at Delaware DCC
Mailing address with zip code: 245 McKee Road
Dover, Delaware 19904

(2) Name of second defendant: Warden Thomas Carroll
Employed as Warden at Delaware Correctional Center
Mailing address with zip code: 1181 Paddock Road
Smyrna, Delaware 19977

(3) Name of third defendant: Deputy Warden Betty Burris
Employed as Deputy Warden at Delaware Correctional Center
Mailing address with zip code: 1181 Paddock Road
Smyrna, Delaware 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 05-29-07 The Delaware Correctional Center Refuse To Spray for Bugs And Spiders And I was Bitten By A Spider Swelling My Right foot up with poisone, And Today I Am still Receiving Bed Bug Bites

2. While Sleep At Nights on 07-06-07

3. On 07-06-07, I Am Handicap And Disabled Have Bad Hips, Lower Lumber problems Sleeping on A Top Bunk with No Ladder To get up And Down, No Bed Rails To Keep from falling, on 07-06-07, Housing unit Has Mold, Dusty, + Dirty And it's very Difficulties on my conditions of Having Asthma And Attacks from this,

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Take Matters Against, The Bureau of Prisons inspectors, And Contact The Department of Natural Resources And Environmental Control,

3

Case 1:07-cv-00476-GMS   Document 2   Filed 07/27/2007   Page 4 of 7

2. This could result in additional administrative civil or criminal law enforcement action(s).

3. The Delaware Correctional Center Dwelling is unsanitary under Delaware Law(s) and Regulation(s), and I ask of the Court to grant me relief from this pain and suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of July, 2007

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



STATE OF DELAWARE
OFFICE OF THE GOVERNOR

RUTH ANN MINNER
GOVERNOR

June 13, 2007

Mr. Paul Smith
Delaware Correctional Center
SBI# 142003
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Smith:

Thank you for contacting Governor Ruth Ann Minner. The Governor is in receipt of your letter, and has asked the office of constituent relations to respond on her behalf. Governor Minner appreciated it when fellow Delawareans take the time to communicate directly on the many issues we face in Delaware.

I have asked the Department of Corrections Commissioner Carl Danberg to review your letter and take the appropriate action. Thank you again for taking the time to write to Governor Minner.

Sincerely,

Keyla Rivero-Rodriguez
Constituent Relations

STATE OF DELAWARE     )
                      ) SS
COUNTY OF KENT        )

AFFIDAVIT OF: Paul Smith 142003
DATED: 07-06-07

## AFFIDAVIT

I, Paul Smith, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in W-Building I-24 DCC located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware. Smith V. Regional Medical

ON 06-17-07, fall off Top Bed Cell #24 I Tier, Injuried Left Arm, Right Knee, and Back, I told C/O Staff To Contact Medical About My fall, Someone from Medical said Can Im Smith Walk? C/O Staff, Stated Yes, Tell Im Smith, Put in Sick Call. I Did, And I Have Not Been Seen Yet, Pain, And Suffering.

ON 06-27-07, Spider Bite, Swelling my Right foot, Any I Need Treatment for pain, And Swelling, Plus my foot Could Have Some Type of Poison from this Spider Bite, Not Been Seen Yet.

From 05-03-07 To 07-06-07, I Paul J Smith 142003, Has Been Discriminated Against By Medical Staff Doctor(s) And Nurse(s) Here At The Delaware Correctional Center Near Smyrna Delaware 19977.

Affiant: Paul Smith
Signature

Paul Smith 142003
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 6th day of July, 2007.

My Commission Expires: June 14, 2008

Timothy J. Martz
Notary Public

IM Paul Smith
SBI# 00148003  UNIT W-I-24
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, Delaware
19801

ATT: Legal Mail