08-10-2007

Dear Commissioner Danberg,    07-476

I Paul Smith, am sending you these Affidavit's of Complaint(s) towards my pain and suffering here at the Delaware Correctional Center, and at this time I am asking for some relief towards my pain and suffering. Therefore if it is anything you can do towards helping me in this matter, it will be greatly appreciated,

Sincerely,

Paul Smith 142003
W-Building I-24
8-10-2007

Sent Copies To
#1. US District Court
#2. Commissioner Danberg
#3. Warden Thomas Carroll
#4. Deputy Warden Betty Burris's
on 8-10-2007
By US Mail



FILED
AUG 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## **AFFIDAVIT**

07-476

I <u>Paul Smith</u> being duly sworn, deposes and says:

As of today's date 08-10-2007, I Paul Smith needs to be hospitalized for Asthma, but this medical health care facility here at the Delaware Correctional Center is dirty, and have no professional qualified staff here, And from my last hospital stay here back in 2004, was not so professional, And I am afraid to take another risk here at DCC Medical infirmary, Even towards having these difficulties with my Asthma, I will not be admitted here at the Delaware Correctional Center

*Paul Smith*

SUBSCRIBED AND SWORN before me this <u>10th</u> day of <u>Aug</u>, 200<u>7</u>.

*Timothy J. Marts*
Notary
Commission expires: June 14, 2008



FILED
AUG 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

# AFFIDAVIT

I **Paul Smith** being duly sworn, deposes and says:

On July 29, 2007, 10:37 AM, LT. Harvey, came over W-Building Cell #24-I-Tier, Asking for Paul Smith, To show him his complaint(s) being made about poor housing condition(s) with molding, fungus, Dust, Broken tile(s) Pilling Paint, I Paul Smith, did take LT. Harvey, into Shower-Room and he took a look for himself of the condition(s) inside shower fungus, molding, Broken tile(s), Pilling Paint from Ceiling and wall(s), Then we walked into Bathroom Heater vent filled with Dust, LT. Harvey, stated that there isn't much they can do about that. But around the wall(s) are fungus, molding, Pilling Paint, and Broken floor tile(s), LT. Harvey, Talk with the Tier-man, however LT. Harvey saw that statements made by Paul Smith are true, and that these condition(s) are bad for His Asthma.  *Paul Smith*

SUBSCRIBED AND SWORN before me this **10th** day of **Aug**, 200**7**.

*Timothy J. Mat*
Notary
Commission expires: June 14, 2008

## AFFIDAVIT

I __Paul Smith__ being duly sworn, deposes and says:

As of 06-30-07, I Paul Smith, have been jumping up and down off this top bunk I-Tier Cell #34 W-Building, and by being made to sleep on top bunk, I have to get up and down 3 to 4 times a day, and that has caused my hip injuries to become worse, whereas of now I am going to need surgery soon, or even hip replacement(s), As of today's date 08-10-07, I am having unbearable pain in both hips and around my groining, Doctor Valdous ordered a memo for bottom bunk back in June 2007, I still cannot receive one yet. Everytime I ask, staff states we haven't gotten a memo.

_Paul Smith_

SUBSCRIBED AND SWORN before me this __10th__ day of __Aug__, 200__7__.

_Timothy J. Marto_
Notary

Commission expires: June 14, 2008

## AFFIDAVIT

I __Paul Smith__ being duly sworn, deposes and says:

I PAUL Smith, feel(s) this is Cruel and unusual Punishment for Being made to suffer under these Conditions while Being incarcerated Here at The Delaware Correctional Center, Due To the fact I am Handicapped And Disabled And I am Being Discriminated Against By Being Disabled And treated unfairly, All Due To my Disabilities, As of 05-23-07 To present.

*[signature: Paul Smith]*

SUBSCRIBED AND SWORN before me this 10th day of Aug, 2007.

*[signature: Timothy J. Marts]*

Notary

Commission expires: June 14, 2008