# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Paul J. Smith 148003,

    Plaintiff,

v.

    Civil Action No. 1:07-CV-00476 GMS

COMMISSIONER CARL DANBERG,

    Defendant.

MOTION TO AMEND - SUPPLEMENT

Submitted this 30th day of Aug., 2007

Paul Smith

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Delaware Correctional Center    DATE: 06-19-07

GRIEVANT'S NAME: Paul J Smith    SBI#: 00142003

CASE#: 123143    TIME OF INCIDENT: 3:00 pm

HOUSING UNIT: W-Building I-24

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On 06-13-07 I/m Smith, was placed on a Top Bed Cell#24 I-Tier. I/m Smith, jump up and down towards getting up and down off that Top Bed, The Bed has no Ladder, no Rail(s), Nothing installed on the side(s) of the Top Bed to help him up and down, nor any-support to keep him from falling off. The harm actually caused to I/m Smith, constitute cruel and unusual punishment, because staff, know(s) I/m Smith, is handicapped and Disabled, They could see clearly he has crutche(s), and he is injuried! I/m Smith, should-not have been given a Top Bed in his conditions of health care.

ACTION REQUESTED BY GRIEVANT: I/m Smith, feel he was Discriminated Against By staff here at DCC for being Disabled. And was treated unfairly for being Disabled and Handicapped, Action Requested, is to be Discharged from Prison for being Discriminated against under the Disability Act, for Disabled person(s) Act.

GRIEVANT'S SIGNATURE: Paul Smith    DATE: 06-19-07

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**RECEIVED**

**JUN 20 2007**

Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____**Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____**Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.    ____Disciplinary Action    ____Parole Decision
                    ____Classification Action

_____**Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____**Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____**Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____**Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____**Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____
Inmate Grievance Chairperson

06/25/07
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

⌷DUPLICATE

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Delaware Correctional Center    DATE: 06-17-07

GRIEVANT'S NAME: Paul J. Smith    SBI#: 00142003

CASE#: _____    TIME OF INCIDENT: 0:45 AM

HOUSING UNIT: W-Building I-24 DCC

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On 06-17-07 I/m Smith 142003, Reaching for His Crutches from His Top Bed Cell#24-I-Tier, Half Asleep Needing To Use Restroom, And fell off the Top Bed onto the floor Hurting His Back, Arm, And Leg. I/m Smith, was Disappointed About falling 9 foot onto the Hard floor which Could Have Been Prevented if A Rail was Across the Top Bed To Save Him from Rolling off onto the Hard floor injuring Himself More. I/m Smith States He Has Unbearable Back Pain And Both of His Leg's feel Numb. Also Pen's feeling like Sticking into the Bottom of His feet, And Has the feeling Becoming Parlized in Both Leg's.

ACTION REQUESTED BY GRIEVANT: I/m Smith, would Like To Receive A Medical Discharge from The Department of Corrections for the Safety of His Life. I/m Smith, Feel's that His Life Has Been in Danger while Being incarcerated Here At The Delaware Correctional Center, Pain, And Suffering By Staff And Medical.

GRIEVANT'S SIGNATURE: _Paul J. Smith_    DATE: 06-17-07

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
JUN 20 2007

Inmate Grievance Office

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Delaware Correctional Center DATE: 06-20-07

GRIEVANT'S NAME: Paul J Smith     SBI#: 00143003

CASE#:_____     TIME OF INCIDENT:_____

HOUSING UNIT: W-Building I-34

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Around 06-15-07, I made complaint(s) about the condition(s) of this prisone here at DCC, To Commissioner Carl C. Danberg, Warden Thomas Carroll, And the Deputy Warden Daivid Pearce All three (3) of them Know about these Building(s) And the Compound has moidly, lead base paint with oil causing poisone, dusty w/ dust particle(s) all around inside Building. And these (3) individual(s) Allow this Misconduct to continue here at the Delaware correctional Center, even with the Medical facility violation(s) they ingnored my complaint(s). And these poor conditions Are Bad for my Asthma.

ACTION REQUESTED BY GRIEVANT: I would like to Be Re-located to A New facility, Because the Above condition(s) of Being Housed here is Affecting my Health care with my Asthma Having Difficultie(s) Being Around moid, dust, And other.

GRIEVANT'S SIGNATURE: _[signature]_     DATE: 06-20-07

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)     _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _Delaware Correctional Center_ DATE: _06-20-07_

GRIEVANT'S NAME: _Paul J Smith_    SBI#: _00148003_

CASE#: _127544_    TIME OF INCIDENT: _____

HOUSING UNIT: _W-Building I-24_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

AROUND 06-15-07, I MADE Complaint(s) About the
Condition(s) of this prison Here AT DCC, To Commissioner
Carl C. Danberg, Warden Thomas Carroll, And the
Deputy Warden David Pearce. All three (3) of them
Know About these Building(s) on the Compound Has Molding
Lead Base Paint with oil Causing Poisone, Dusty w/ Dust
Particles All Around inside Building, And These (3) individual(s)
Allow this Misconduct to Continue Here AT the Delaware
Correctional Center. EVEN with the Medical Facility Violation(s).
They ignored My Complaint(s), And these poor conditions are BAD for my
Asthma.

ACTION REQUESTED BY GRIEVANT: I would Like To Be Relocated
to A New Facility, Because the Above Condition(s) of
Being Housed Here is Affecting my Health care with
My Asthma HaviNg Difficultie(s) Being Around Mold, Dust
And other.

GRIEVANT'S  SIGNATURE: _Paul J Smith_    DATE: _06-20-07_

**RECEIVED**

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)  ____(NO)

JUN 27 2007

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)    ... Grievance **Office**

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

### Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

### Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

___✓___ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.    _____Disciplinary Action    _____Parole Decision
   __✓__Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____cp_ M. Atton_____          __7/10/07__
Inmate Grievance Chairperson                          Date

Form#: 584 (F&B)
(Reverse Revised July '99)

DUPLICATE

FORM #584

DUPLICATE

## GRIEVANCE FORM

FACILITY: Delaware Correctional Center    DATE: 06-25-07

GRIEVANT'S NAME: Paul J Smith    SBI#: 00140003

CASE#: _____    TIME OF INCIDENT: 4:30pm

HOUSING UNIT: W-Building J-24

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

REASON - These Building's on this Prison compound
Here At The Delaware Correctional Center, Have Molding
Mold on Ceiling And Floor Surface A growth of Fungus)
From Damp or Decaying Matter(s), Also Lead Base Paint, or Lead
Mix Compound Paint on Walls, A oil Base Causing Poisonal.
Housing is Dusty with Dust Particle(s) All over Unit.
This Type of Living is unSafely For My Health
Care with Asthma, It's Been Difficulties with
My Asthma, And Something Needs To Be Done As
Soon As Possible.

ACTION REQUESTED BY GRIEVANT: I Would Like To Be Discharged
From This Prison Here At DCC until Maintenance
is Completed, I Want Inspector(s) To View Closely And
Critically Examine this whole Facility Here At This Department
DCC. Because These Conditions Has Harmed my Asthma, Stated By DCC
Medical Doctor. on 06-22-07 Time 9:30Am

GRIEVANT'S SIGNATURE: Paul Smith    DATE: 06-25-07

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

RECEIVED

JUN 27 2007

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

Inmate Grievance Office

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to
resolve complaints prior to filing a regular grievance. Grievances are to be submitted
within seven(7) days from the date of the occurance or incident or within seven days
after the inmate became aware of the incident. The grievance is to be placed in the
grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a
weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions
outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has
been highlighted. The grievance may be resubmitted omitting this language.

___✓___ **Non-Grievable.** This issue has been defined as non-grievable in accordance with
DOC Policy 4.4. These procedures have their own appeal process that must be
followed. _____ Disciplinary Action    _____ Parole Decision
___✓___ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please
correspond with the appropriate office to secure the information that is
requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in
Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.**
Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for
other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____          _____
Inmate Grievance Chairperson                                    Date

Form#: 584 (F&B)
(Reverse Revised July '99)

Copys sent to
Deputy Warden
Betty Burris on 6-25

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Delaware Correctional Center   DATE: 06-25-07

GRIEVANT'S NAME: Paul J Smith   SBI#: 00143003

CASE#:_____   TIME OF INCIDENT: 4:30 pm

HOUSING UNIT: W-Building I-24

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Reason - These Building on this Prison Compound Here at
the Delaware Correctional Center have Molding, Mold on
Ceiling and floor Surface, A growth of fungus from
Damp or Decaying Matters, Also Lead Base Paint, or Lead Mix
Compound paint on Walls, A oil Base Causing poison. Housing
is Dusty, with Dust Particles, All over unit. This Type of
Living is unsafety for my Health Care with Asthma, It's
Been Difficulties with My Asthma, And Something Needs
To Be Done As soon As Possible.

ACTION REQUESTED BY GRIEVANT: I would like To Be Discharged
from this Prison Here At DCC until Maintenance is
Completed, I want Inspectors To view Closely and Critically
Examine this whole facility Here At this Department DCC Because
these Conditions has Harmed My Asthma, Stated By DCC Medical Doctor.
on 06-22-07 Time 9:30AM.

GRIEVANT'S SIGNATURE: _Paul Smith_   DATE: 06-25-07

WAS AN INFORMAL RESOLUTION ACCEPTED?   _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

*Copy To Deputy WARDEN Betty Burris*

*AH CARL DANBERg*

## FORM #585

~~MEDICAL~~ **GRIEVANCE**

RECEIVED

JUN 2 5 2007

Deputy Warden II

FACILITY: Delaware Correctional Center

INMATE'S NAME: Paul J Smith

HOUSING UNIT: W-Building I-24.

DATE SUBMITTED: 06-25-07

SBI #: 00142003

CASE #: 131030

////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF ~~MEDICAL~~ INCIDENT: 05-23-07  7:30 pm

TYPE OF MEDICAL PROBLEM: ASThMA

These Building on this Prison Compound Here AT The Delaware Correctional Center Have Molding, Mold on Ceiling And floor Surface A Growth of fungus from Damp or Decaying Matter(s), Also Lead Base Paint, or Lead Mix Compound Paint on Wall(s), A oil Base Causing Poison Housing is Dusty, with Dust Particle(s) All over Unit, This Hype of Living is Unsafety for My Health Care with Asthma, It's Been Difficulties's with My Asthma, And Something Needs To Be Done As Soon As possible,

GRIEVANT'S SIGNATURE: *Paul Smith*        DATE: 06-25-07

ACTION REQUESTED BY GRIEVANT: I Would Like To Be Discharged from this Prison Here AT DCC Until Maintenance is Completed, I Want Inspector(s) To View Closely And Critically Examine this whole facility Because These Condition(s) Has Harmed My Asthma Stated By DCC Medical Doctor on 06-22-07 Time 9;30 AM

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____ **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

_____ **Disciplinary Action**                                      _____ **Parole Decision**

_____ **Classification Action**

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

Inmate Grievance Chairperson

7/23/07
Date



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6667

# MEMORANDUM

TO:        Inmate Paul J. Smith  SBI# 00142003   Unit W

FROM:    Deputy Warden Burris *Burrus*

DATE:    July 03, 2007

RE:        Inmate letter

Your grievance received on June 25, 2007, in my office, has been forwarded to Capt.
McCreanor for processing. To submit grievances, be sure to put them in the grievance
box in your unit.

Cc: Capt. McCreanor

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Delaware Correctional Center       DATE: 06-06-07

GRIEVANT'S NAME: Paul T Smith       SBI#: 00148003

CASE#: 130827       TIME OF INCIDENT: 8:00 AM

HOUSING UNIT: W-Building I-84

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Sgt Billy Refused To place me on a Bottom Bed
even after Receiving a memo from Medical on
06-22-07 Towards Receiving a Bottom Bed.

ACTION REQUESTED BY GRIEVANT: What is Sgt Billy Discriminating
Against me over a Doctors order, And
Refusing me of His services

GRIEVANT'S SIGNATURE: Paul Smith       DATE: 06-26-07

WAS AN INFORMAL RESOLUTION ACCEPTED?       _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____       DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

**RECEIVED**
JUL 10 2007
Inmate Grievance Office

April '97 REV

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.    _____ Disciplinary Action    _____ Parole Decision
                                   _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____ .

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*MEDICAl IS Not AUtHORIZED To ORDER AN I/m BE MoVED*

_____Cpl M. _____          _7/20/07_
Inmate Grievance Chairperson                Date

Form#: 584 (F&B)
(Reverse Revised July '99)

06-27-07    Paul J Smith 142003    W-Building I-24
Date/Time       Inmate's Name                    D.O.B.:    /

Warden Thomas Carroll,

I Paul Smith, Looked Around Prison Compounds, And Your Building's Are in poor Living Conditions, Molding, Mold on Surface growth of Fungus from Damp or Decaying Matters, Lead Base Paint, or Lead Mix Compound oil poison, Coming off the Walls, Housing Units Dusty with Dust Particles all over, The prison Grounds Are also poor Needs New Sidewalks, Holes Are some places 3 feet Deep, Needs To Be filled, Need New Drains, Plus You can get Anything inside this jail You want, Except a firearm And You just might can Receive it, Now How is all this Coming inside this prison system?, Why isn't Any Maintenance Being Made Around Here for Improvements?, Why isn't Any Programs towards Rehabilitations for the inmates there for the Return To Society?, What is going on with the monies $29,800.00 A year for Each inmate? Towards Housing, food, And other?, Because it's Not Being Used for inmates costs for Housing And food, or Even Medical Health Care, And the programs Here Are Being Run By inmates Lifers At that, where Are the funds To Have certified Counselors come End And Teach these Classes? What can You Learn from A Lifer?, that's Been incarcerated for 30 years?, How can You People continue to Miss-Use prison funds that Are Suppose To Be Used for inmates towards Rehabilitations for the Return into Society? Taxpayers Do-not Know About these funds Are not Being Spent the way they Should Be spend.

06-27-07
142003
W-Building
I-24

06-28-07    Paul Smith    142003    W-Building

Date/Time _____ Inmate's Name _____ D.O.B.: _/_/_

Deputy Warden David Pearce,

I Paul Smith, am writing To You About the Conditions of Your Building(s) on this Prison Compound, and the Affects it has on my Asthma, with all the Moiding, and Moid Around Surfaces And the fungus from Being Damp, and the Dust, Dusty Particle(s) all over, no-one is Doing Anything towards Keeping these Buildings Clean and Safe for living. And for myself this is Unsafety for my Health Care with Having Asthma. Loving under these Conditions Moid, fungus, And Dust Particle(s) inside Housing Units.

Plus Medical has Been Refusing me Care and treatments for my Asthma, and Everything Else, Pain and Suffering has Been my Punishment, while Being Incarcerated here at the Delaware Correctional Center, Stacking Date 05-23-07,

Sincerely Yours

Paul Smith 142003
06-28-07
W-Building I-24

FORM#: MED 263 reverse(military flip)

GET NEW EMPLOYEE AND A
PROFESSIONAL MEDICAL STAFF,

BE STRAIGHT WITH
THE TAXPAYER(S)

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DELAWARE CORRECTIONAL CENTER    DATE: 07-01-07

GRIEVANT'S NAME: PAUL J Smith    SBI#: 00148003

CASE#: _____    TIME OF INCIDENT: 9:00 AM

HOUSING UNIT: W-Building I-34

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

07-01-07, Commissioner Carl Danberg, Warden Thomas Carroll, Deputy Warden Betty Burris, Deputy Warden DaVID Pearce, Inmates Housing in W-Building DCC Compound, All Witnesses to the poor conditions here, Spiders Hanging from ceilings, Paint Pilling from walls, in cells, in Hallways, Bathrooms, Also Dirty, filthy, Nasty, And unfit to use, Floor tiles came up in Bathrooms, Spotes missile tiles, None Has been replaced for years, window sheild Dusty, Heater Vents Dusty, Mold And funque Top ceiling, These Medical staff Here at DCC Refusing inmates care and treatments for Health care, I cannot even Receive a Prescription Medications signerla pill for my Asthma,

ACTION REQUESTED BY GRIEVANT: To Be Moved To a New location, Before Becoming Hospitalized from Having an Asthma Attack, Due to these Housing conditions being unfit, It's Dangerously for my Asthma, I Have Insurance Coverage, Send Me out To a Hospital, Anything But this, Just come And take a look, You Will See for yourself,

GRIEVANT'S SIGNATURE: _____    DATE: 07-01-07

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
     GRIEVANT

April '97 REV

GET NEW EMPLOYEE AND A
PROFESSIONAL MEDICAL STAFF, — BE SPECIFIC RIGHT WITH
the TAXPAYER(S),

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Delaware Correctional Center DATE: 07-01-07

GRIEVANT'S NAME: Paul J Smith    SBI#: 00142003

CASE#: 129183    TIME OF INCIDENT: 9:00 AM

HOUSING UNIT: W-Building I-24

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

07-01-07, Commissioner Carl Danberg, Warden Thomas Carroll, Deputy
Warden Betty Burris, Deputy Warden David Pearce, Inmate(s) Housed
in W-Building DCC Compound, All Witnesse(s) To the poor Condition(s) Here,
Spider(s) Hanging from Ceiling(s) Paint Pilling from wall(s), in Cell(s), Hallway(s)
Bathroom(s) ARE Dirty, filthy, Nasty And unfit to USE, Floor tile(s)
Came up in Bathroom(s) spots Missing tile(s) None HAS Been Replaced
for year(s), Window Sheild Dusty, Heater(s) Vent(s) Dusty, Mold
And fungus Top of Ceiling, Theel Medical staff Here At DCC
Refusing inmate(s) Care And treatment(s) for Health Care, I Cannot
Even Receive A Prescription Medication singer(s) for My Asthma,

ACTION REQUESTED BY GRIEVANT: To Be Moved To A New Location, Before
Becoming Hospitalized with Having Are Asthma Attach
Due to these Housing Condition(s) Being Unfit, It's Dangerously
for My Asthma, I Have Insurance Coverage, Send Me Out To
A Hospital, Anything But this, Just Come And take A Look, You will see
for Yourself,

GRIEVANT'S SIGNATURE: Paul Smith    DATE: 07-01-07

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

**RECEIVED**

cc: INSTITUTION FILE
    GRIEVANT

'JUL 10 2007

April '97 REV

Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.    _____ Disciplinary Action    _____ Parole Decision
_____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ Original Grievances must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.

_____ Inquiry on behalf of other inmates. Inmates cannot submit grievances for other inmates.

_____ Expired filing period. Grievance exceeds seven(7) days from date of occurrence.

HOUSING CONDITIONS AND MEDICAL STAFF ACTIONS ARE SEPARATE ISSUES.

_____
Inmate Grievance Chairperson

7/17/07
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

Smith V. Dansberg

FORM #584

**GRIEVANCE FORM**

FACILITY: Delaware Correctional Center    DATE: 07-06-07

GRIEVANT'S NAME: Paul J. Smith    SBI#: 00148003

CASE#: 132146    TIME OF INCIDENT: _____

HOUSING UNIT: W-Building I-34

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

07-06-07 Bureau of Prison(s) for the Department of
Correction(s) here at the Delaware Correctional Center Near
Smyrna, De 19977, Based upon Matter(s) in Violation(s) of the
Housing And Safety Codes,

#1. Broken tiles in Shower(s), Broken tile(s) Bathroom floor(s)
#2. Paint Clipping off wall(s) or mix compound oil Base Lead Paint
#3. Could Be poison(s), into Bathroom(s), hallway(s) And Cell(s) pilling wall
#4. Housing unit(s) Dusty, Dirty, And Nasty 3 to 5 yrs, Built up.
#5. Poor Housing condition(s) for living, The Spider(s) And webb(s),

ACTION REQUESTED BY GRIEVANT: Contact Department of Natural Resource(s) And
Environmental Control, This may Result in Additional Administrative
Civil or Criminal Enforcement Action(s) Dwelling are
Unsanitary under Delaware law(s) And Regulation(s),
Housing And Safety Code(s) Humane Right(s) Act,

GRIEVANT'S SIGNATURE: Paul Smith    DATE: 07-06-07

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

RECEIVED

cc: INSTITUTION FILE
GRIEVANT

JUL 17 2007

April '97 REV

Inmate Grievance Office

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____**Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____**Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____Disciplinary Action      _____Parole Decision
_____Classification Action

_____**Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____**Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____**Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____**Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____**Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*IGC DOES NOT CONTACT OUTSIDE AGENCIES FOR INMATES, YOU CAN WRITE THEM IF YOU CHOOSE*

_____CPL. M. _____      7/26/07
Inmate Grievance Chairperson      Date

Form#: 584 (F&B)
(Reverse Revised July '99)

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Delaware Correctional Center    DATE: 07-28-07

GRIEVANT'S NAME: Paul Smith    SBI#: 00142003

CASE#:_____    TIME OF INCIDENT:_____

HOUSING UNIT: W-Building I-24

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 07-28-07 was getting onto the top bunk I-24, foot slipped off table top causing my neck to hit the top of bed frame. Now I have pain in my neck from this, not only do I now have pain in my neck, but also still have pain in my back, arm from the last fall from top bunk, I have a memo for a bottom bunk why am I still on top bunk?

ACTION REQUESTED BY GRIEVANT: I would like to be treated for my injuries that I have received from top bunk I-24 W-Building, plus moved onto a bottom bunk as soon as possible

GRIEVANT'S SIGNATURE: Paul Smith    DATE: 07-28-07

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
   GRIEVANT

April '97 REV



I/M Paul Smith
SB# 142003 UNIT W1-I-E24
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
1980-3570

### LEGAL MAIL