Annexed to Complaints
1:07-CV-00476 UNA Smith V. Danberg et al

STATE OF DELAWARE ) 
) SS
COUNTY OF Kent )

AFFIDAVIT OF: Belief of Security
DATED: Sept. 14th 2007

## AFFIDAVIT

I, Paul Smith Sr, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in DCC W-Building I Tier located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

As of Sept. 14, 2007 at the Delaware Correctional Center Inmates in use of Security Staff officer(s) punish key phone, lock is being removed and replaced back by inmate or by inmate(s), believed involved are Cell #7 Cell #16 and other unknown, this has been a ongoing racketeering of serious violation(s) and co-defendant(s) failing to inform. It is not enough insurance coverage here upon my life within the hand(s) of the Department of Corrections while being held at the Delaware Correctional Center near Smyrna Delaware 19977. This is a belief of security and I fear for my life, however there is no confidence trust towards my safety.

Certification of Service
Paul Smith sworn to the truth said date above 09-14-2007

RECEIVED
SEP 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Affiant: Paul Smith
Signature
Paul Smith Sr.
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 14th day of Sept., 2007.

My Commission Expires: June 14, 2008

Timothy J. Martz
Notary Public



I/M Paul Smith, Sr.
SBI# 00462003 UNIT W-I-24
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

att: Legal Mail

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570