In The United States District Court for the District of Delaware,

Date Sept. 20th 2007

Paul J Smith Sr.

vs.

Case Name Smith V. Danberg et al

Commissioner Danberg et al, Case Number 1:07-CV-476GM

And

Reginal Medical First Correction et al Case Number 1:07-CV-477GM

Motion To Amend

Dear Office of the Clerk,

I Paul Smith 142003, Am writting towards my Document(s) Being sent to your office?

I would Like To Know whether or not those Document(s) are Being forward to your office from the Delaware Correctional Center Near Smyrna, Delaware 19977.

However, could your office Respond Back towards the conditions of my case(s) on file,

Dated from 2004, 2005, 2006, 2007.

(GMS) (GMS) (GMS) (GMS)

Thank you for your time and Services

Sincerely,
Paul Smith 142003
W-Building I-24
Sept. 20th 2007

RECEIVED SEP 25 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

I/M Paul Smith
SBI# 16003   UNIT W-1-3A
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975    $00.41⁰
MAILED FROM ZIP CODE 19977   SEP 23 2007