1:07-CV-00476-UNA  Smith V. Danberg et al   07-476 GMS

## MOTION TO AMEND

I Paul Smith Sr, being duly sworn, deposes and says: On Sept. 23rd 2007, I Paul Smith 148003, am writing seeking your service(s), at this this time, I sincerely need help for a lawyer against this Department of Correction(s) here at DCC Prison, to stop the Administration office(s) from doing racketeering and committing fraud against its government and the taxpayer(s), indictment(s) need(s) to be served against Administrative employee, Plus have them stop being racial discriminated against me for doing an investigation towards its poor housing and safety code(s) here at DCC However, you can clearly see the default and violation(s) code(s), along with (CMS) Medical staff, and its facility as well, Now the administration is looking to get even towards me for being Black, educated and intelligence, also handicapped and disabled, Hate Crime is being committed against me by the Administrative Leader(s) for the State of Delaware.

Paul Smith 148003
Sept. 24th 2007
W-Building I-34
Top Bunk

RECEIVED OCT - 2 2007  BV  U.S. DISTRICT COURT  DISTRICT OF DELAWARE

IM Paul Smith Sr.
SBI# 146008   UNIT W-I-24
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

#4 LEGAL MAIL

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

