Affidavit I

U.S. District Court
District of Delaware Wilmington
Civil Docket for Case#: 1:07-cv-00476-GMS

Smith V. Danberg et Al
Assigned to: Honorable Gregory M. Sleet
Related Cases: 1:07-cv-00476-GMS

Related Cases: 1:05-cv-00139-GMS
1:05-cv-00142 GMS
1:06-cv-00431 GMS
1:06-cv-00432 GMS
1:07-cv-00477 GMS

Cause: 42:1983 Prisoner Civil Rights
Plaintiff Paul J. Smith

RECEIVED OCT 12 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

1:07-cv-00476-GMS

Paul J. Smith
SBI#00142003
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Smith V. Reginal Medical first Correctional et al
Assigned to Honorable Gregory M Sleet

Motion To Amend

Date 10-10-2007

1:07-CV-00476-UNA Smith v. Danberg et al

Motion To Amend

## AFFIDAVIT

I, Paul Smith Sr., being duly sworn, deposes and says:

On Sept. 23rd 2007, I Paul Smith, am writing seeking your services, At this time, I sincerely need help for a lawyer against this Department of Corrections here at DCC prison, To stop the Administration office(s) from Racketeering and committing fraud against it's Government and the taxpayer(s), Indictment(s) needs to be served against Administrative Employee, Plus have them stop being racial discriminated against me for doing an investigation towards it's poor housing and safety code(s) Here at DCC, However you can clearly see the default and violation(s)-code(s), Along with (CMS) Medical Staff, and it's facility as well, How the Administrations is looking to get even towards me for being Black, Educated, and Intelligence Also Handicapped and Disabled, Hate Crime is being committed against me by the Administrative Leader(s) for the State of Delaware,

    /s/ Paul Smith

SUBSCRIBED AND SWORN before me this 27th day of Sept, 2007.

    /s/ Paul Smith  748003
    Notary

1:07-CV-00477-UNA Smith V. Reginal Medical First Correctional et Al

Motion To Amend

## AFFIDAVIT

I, Paul J. Smith Sr., being duly sworn, deposes and says:

I/M Paul Smith 142003, was found laying on the floor unconscious inside W-Building I Tier on 9-20-07, with difficulties with his Oxygen, Chest pain(s), Headache(s) And other difficulties Breathing, Mr. Smith, was in a Life-threatening situation and could have died if wasn't found by staff officer(s), Mr. Smith, was beleaved To being unconscious for about ½ half of an hour, Too one 1 hour before Noticed by staff officer(s) And Medical Around 11:15 To about 12:15, However, Mr. Smith, Have Been put in A Dangerously situation by the Refusal(s) From Medical Doctor(s) And Nurse(s) with CMS Medical Staff Here at The Delaware Correctional Center, Near Smyrna, DE 19977 Refused Asthma Breathing Treatment(s) "for Oxygen", gotten so bad until He Collapsed 911 was Called Mr. Smith Taken out by paramedic(s), Transported to Kent General Hospital for Difficulties.

_____

SUBSCRIBED AND SWORN before me this 27th day of Sept, 2007.

_____ 142003
Notary

STATE OF DELAWARE    )
                     ) SS
COUNTY OF Kent       )

AFFIDAVIT OF: Belief of Security
DATED: Sept. 14th 2007

**AFFIDAVIT**

I, Paul Smith Sr, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in DCC W-Building I Tier located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

As of Sept. 14, 2007 at the Delaware Correctional Center inmates in use of security staff officer(s) punish key phone, lock is being removed and replaced back by inmate or by inmate(s), believed involved are Cell #7 Cell #16 and other unknown, this has been a ongoing racketeering of serious violation(s) and Co-Defendant(s) failing to inform. It is not enough insurance coverage here upon my life without the hand(s) of the Department of Corrections while being held at the Delaware Correctional Center near Smyrna Delaware 19977. This is a belief of security and I fear for my life, however there is no confidence trust towards my safety.

Certification of Service
Paul Smith sworn to the truth above
09-14-2007 said date

Affiant: Paul Smith
Signature

Paul Smith Sr.
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 14th day of Sept., 2007.

My Commission Expires: June 14, 2008

Timothy J. Mats
Notary Public



STATE OF DELAWARE
OFFICE OF THE GOVERNOR

RUTH ANN MINNER
GOVERNOR

September 25, 2007

Mr. Paul Smith
Delaware Correctional Center
SBI# 142003
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Smith:

    Thank you for contacting Governor Ruth Ann Minner. The Governor is in receipt of your letter, and has asked the office of constituent relations to respond on her behalf. Governor Minner appreciated it when fellow Delawareans take the time to communicate directly on the many issues we face in Delaware.

    I have asked the Department of Corrections Commissioner Carl Danberg to review your letter and take the appropriate action. Thank you again for taking the time to write to Governor Minner.

Sincerely,

Kenneth A. McDowell
Constituent Relations



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
## OFFICE OF THE DEPUTY WARDEN
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6667

## MEMORANDUM

TO:     Inmate Paul Smith    SBI No. 00142003    Housing Unit W I 24

FROM:   Deputy Warden Burris

DATE    July 27, 2007

RE:     Letter Received

---

The letter and court documents that I received from you dated July 07, 2007, have been forwarded to Health Service Administrator McLaren for follow up with your medical issues.

Cc: Health Services Administrator Mclaren
    Deputy Warden Pierce



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKEE ROAD
DOVER, DE 19904

Carl C. Danberg  (302) 739-5601
Commissioner  Fax: (302) 739-8221

August 23, 2007

Paul Smith
SBI# 142003
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Smith,

I am in receipt of your letter of August 10th.

I am forwarding your complaint to Jim Welch, Medical Director to handle.

Sincerely,

Carl C. Danberg,
Commissioner

Cc: Jim Welch, Medical
TK# 399

CCD:lmd



# Memo

To: Paul Smith    SBI 142003    *Delaware Correctional Center*

From: Mental Health Office    *Prozac 20 mg.*

Date: 07/25/07

Subject: Psychiatrist Visit

This message is to confirm you are to be scheduled the following week for a Psychiatrist visit. If you still have concerns going forward, you may ask to speak to a Mental Health Professional.

Thank you.

# Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name: Smith Paul           SBI #: 142003
(Last, First MI)

Facility: DCC           Date: _____

✓ Chargeable Visit                              $4.00
__ Non Chargeable Visit                         -0-
✓ Medication Handling Fee ($2.00 X ____)        $ 4

Tylenol 325
& kbs
checking Rx

Total Amount Charged To Inmate Account          $ 8.00

Health Care Staff Signature: M_____ ne RN

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: Paul Smith           Date: Sept, 13th 2007

1) *Witness Signature: _____           Date: _____

2) *Witness Signature: _____           Date: _____

The fee for services rendered w___ amount
d___                                       ___ to any
n___ SMITH, PAUL          QTY: 60    PharmaCorr(INDY) 6002 Corporate Way Indianapolis, IN 46278
     MELOXICAM 7.5MG TABS   142003   6362-(MAIN)       (800)259-3067 FAX:(800)259-3066
re___ 6362-  Stop: 10/21/07  RX# 14391212              SMITH, PAUL              142003    sed will
of Correction as an inmate within                      MELOXICAM 7.5MG TABS               partment
your inmate account on your new commitment.            30 OF 60   QTY: 60   RFL: 1  Eqv:MOBIC   plied to
                                                       TAKE 1 TAB BY MOUTH TWICE DAILY FOR 90 DAYS >>   Stop: 10/21/07
                                                       TAKE WITH FOOD <<

Distribution:
Original: Facility Business Office    Posted/Entered by __D__    Date _____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign
FORM #: 621

3 part NCR

(C:Copay.96:Form.4)

[Handwritten notes across bottom:]
As of 9-13-07 Neck, Back, Hip and my other problem Can't do any thing
Receive 9-13-07 Tylenol for pain
Was seen 9:30 AM sick call Medical treated for chest pains but treatment did not work still having chest pains 9-13-07 2:30 pm



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
## OFFICE OF THE DEPUTY WARDEN
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6667

## MEMORANDUM

TO:     Inmate Paul Smith   SBI No. 00142003   Housing Unit W I 24 T

FROM:   Deputy Warden Burris

DATE:   July 30, 2007

RE:     Letter Received

---

In answer to the letter I received from you dated July 13, 2007, funds are removed from your account to pay medical co-pay costs no matter from where or whom you received the money. You should talk to your counselor about your need for a job.

Cc: Treatment Administrator Hosterman

Case 1:05-CV-00142-GMS   Document 34   filed 9/26/2007   Page 1 of 8

In the United States District Court
for the District of Delaware

Paul J. Smith,
       Plaintiff

V.

Regional Medical First
Correctional, Manager DCC
Angela Wilson, Unknown
Medical Doctor(s) And Nurse(s)
Staff,

Civ. Action No. 05-142-GMS

Date Sept, 27th 2007

Motion to file Response to Memorandum

Pending before the Court is the Motion to Dismiss the Complaint of the defendant, First Correctional Medical ("FCM"),

The Plaintiff Paul J. Smith Doesn't Have Any Knowledge of Receiving Any Notice filed By the defendants of a Motion to Dismiss), Otherwise, I the Plaintiff would have filed a Response towards defendants Motion to Dismiss, Besides there is no Sufficiency grounds by Defendant for a Dismissal, I am Ready to Discuss Any Matter(s) of Compensatory Damage(s) or Other(s) Mean(s) toward(s) Resolving this Action Pursuant to 42 U.S.C. + 1983,

(1)    Page 1 of 2

The defendant must accept all factual allegations in my complaint as true and take them in light most favorable to Plaintiff.

And I feel the defendant motion to dismiss is to test sufficiency of a complaint not to resolve disputed facts or decide the merits of the case.

However, motion for a dismissal should not be granted. It appears beyond doubt that the plaintiff can prove set facts in support of his claim, which will entitle him to relief.

Sincerely

Paul Smith 14/2003
Sept. 27th 2007
W-Building I-24
Top Bunk

(2)

Certification of Service

I Paul J. Smith Here By Sworn To the Truth that this is A True Copy of said Motion To file Response To defendants Memorandum,

As of this Date Sept, 24th 2007

Paul Smith #142003
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Case 1:05-CV-00148-GMS   Document 84   filed 9/26/2007   Page 1 of 8

In the United States District Court
for the District of Delaware

Paul J. Smith,
    Plaintiff

v.

Regional Medical First
Correctional, Manager DCC
Angela Wilson, Unknown
Medical Doctor(s) And Nurse(s)
Staff,

Civ. Action No. 05-148-GMS

Date Sept. 27th 2007

Response to Memorandum

Motion for Appointment of Counsel

Reason for appointment of Counsel, is due to the violation(s) under the Eighth Amendment of my Civil Right(s) violation(s) that the prison official is deliberately indifferent to my health and safety and when this act or omission results in the denial of minimal civilized measure of life's necessitie(s), therefore a prison official is held liable under the Eighth Amendment for denying humane condition(s) of confinement if he knows that inmate(s) face a substantial risk of serious harm and disregard(s) that risk by failing to take reasonable measures to abate it.

Paul Smith 142003
Sept. 27th 2007
W-Building I-24
Top Bunk

Certification of Service

I Paul J. Smith Here By Sworn to the Truth that this is a True Copy of said Motion of Response to Memorandum for Appointment of Counsel As of this

Date Sept. 27th 2007

Paul Smith 142003
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Name Paul J. Smith Sr.
SBI# 00142003

Date 10-09-2007

Dear Warden Thomas Carroll,

On 10-06-2007, I Paul Smith, did walk into restroom I-Tier W-Building and found three(3) inmate(s) smoking crack cocain out of a crack pipe, and beside(s) that, Everybody is smoking cigarette(s) in W-Building, the Bathroom(s) stay(s) filled with smoke,

Staff is bringing these drug(s) and cigarette(s) in to the inmate(s) for sale(s) of cash monie(s) inside this prison system D.C.C,

I would like to be transfered out to another institution because of the poor condition(s) around me here at the Delaware Correctional Center, I am not receiving any type of Rehabilitation here,

Sincerely your(s)
10-09-2007
W-Building I-24
Top Bunk

NAME PAUL SMITH SR.
SBI# 00142003

DATE Oct 06th 2007

DEAR WARDEN CARROLL,

I PAUL SMITH, AM WRITTING FOR SOME RELIEF,

YOU KNOW THE POOR CONDITIONS OF THESE HOUSING CODE(S) IS NOT IN PLACE FOR HOUSING HUMAN(S), AND YOU ALSO KNOW THAT THIS HAS BEEN A DANGER TO MY DISEASE WITH HAVING ASTHMA ILLNESS(S).

PLUS BEING CONFINEMENT WITHIN THIS BUILDING ALL DAY EVERYDAY WITH NOTHING TO DO, I HAVE NOT RECEIVED ANY REHABILITATION SINCE I HAVE BEEN INCARCERATED HERE AT THE DELAWARE CORRECTIONAL CENTER.

AND AS OF SEPT. 20TH 2007, MY LIFE IS AT DANGER, AND I AM IN A LIFE THREATENING SITUATION UNDER THESE CONDITION(S) AND THE POOR MEDICAL STAFF DOCTOR(S) AND NURSE(S), ALONG WITH IT'S FACILITY, AND SIR, DUE TO ALL ABOVE FACT(S), I COULD DIED HERE UNDER CODE(S) FOR HOUSING, MEDICAL, AND THE SAFETY ACT(S).

SINCERELY YOURS
Paul Smith #00142003
W-Building 1-24
Top Bunk

Sent Copie's /10

I/M: Paul Smith Sr.
SB#: 142003  UNIT: W-Building I-34
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Att:
Clerk of Court
Dr. Peter Daleo

Legal Mail

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801

U.S.M.S.
X-RAY

