AMENDED CIV. ACTION NO. 07-476 GMS

| STATE OF DELAWARE | } | | Affidavit of _____ |
|---|---|---|---|
| | } | SS | |
| COUNTY OF NEW CASTLE | } | | Dated: 10-23-2007 |

## AFFIDAVIT

I, **Paul Smith Sr.**, being first duly sworn, depose and says that the following statement is a true and a correct observation of what occurred on the above date herein at/in **W-Building**, located at the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

On 10-10-2007 I Paul Smith Sr. was taken into Sgt. Bailey office by Cpl Payne because I walked into W-Building with a grievance form on my forehead, Cpl Payne, stated Smith get into the office right now, Cpl. Payne, tell's Sgt. Bailey about the way I Paul Smith come into W-Building, Cpl Payne, takes my cane and throw it outside office door onto the floor, close door back. Sgt. Bailey, get's up from sitting, place both of his hands in my chest, and pushed me backwards as hard as he could into the wall and door inside office. Then Sgt. Bailey stated to me, what did I tell you about harassing my officer's. Then he takes my legal documents, medical reports and other documents, Cpl Payne states to Sgt. Bailey, if you see anything with our name(s) on any of his paper(s) keep them. And Sgt. Bailey did just that, he kept, some legal documents, grievances, and caused neck and back injuries to my body from the force of hitting the wall and door backwards.

Affiant: /s/ Paul Smith
Print Name: Paul J. Smith Sr.

[FILED OCT 25 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

SWORN TO SUBSCRIBED and before me this 23 day of October, 2007

My Commission Expires: June 14, 2008   /s/ Timothy J. Martin
                                        Notary Public

AMMEND Civ. Action No. 07-476-GMS

| STATE OF DELAWARE | } | | Affidavit of _____ |
| COUNTY OF NEW CASTLE | } SS | | Dated: 10-03-2007 |

## AFFIDAVIT

I, **Paul J. Smith Sr.**, being first duly sworn, depose and says that the following statement is a true and a correct observation of what occurred on the above date herein at/in **W-Building I-Tier Hallway**, located at the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

On 09-23-2007 Sgt. Legates found I Paul Smith off limits into cell #9 talking to a friend. Sgt. Legates asked me out of his cell #9 into the hallway and strip searched me in front of all the I-Tier inmates looking, however I Paul Smith, was very objective because I felted being sexually harassment for having to expose my body parts for everybody to watch, I feel less than a man, I feel pain and suffering when facing these inmates and staff officer's due to the fact I could not refuse being sexually harassed or I would have gotten beat down by staff.

Affiant: _[signature]_
Print Name: Paul J. Smith Sr.

SWORN TO SUBSCRIBED and before me this 23 day of October, 2007

My Commission Expires: June 14, 2008   _Timothy J. Martin_
                                        Notary Public

AMMEND CIVIL ACTION NO. 07-476-GMS

STATE OF DELAWARE  }
                   } SS
COUNTY OF NEW CASTLE }

Affidavit of _____

Dated: 10-23-2007

## AFFIDAVIT

I, Paul J. Smith Sr., being first duly sworn, depose and says that the following statement is a true and a correct observation of what occurred on the above date herein at/in D-West Cell #34 C-Tier, located at the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

As of 10-10-2007, I Paul Smith Sr. am being housed with Lifer's here in D-West, D-Building DCC, and some of these Lifer's will never get out of this prison, why are all these sex offenders walking around this prison compound so freely?, After what happen to that Counselor here at the Delaware Correctional Center, why aren't these Lifer's locked down for the safety of female employee, and non-violent inmates?, Why are some working outside prison compound, however I feel my life is more valueable than this type of housing, this has been very stressful and depressing everyday housed under this conditions.

Affiant: [signature]
Print Name: Paul J. Smith Sr.

SWORN TO SUBSCRIBED and before me this 23 day of October, 2007

My Commission Expires:

[signature] Paul Smith 142003
Notary Public

10-23-07 Notary Refused
due to my complaint here.

```
                                                    USPS POSTAGE
                                                    $ 01.99
                                                    OCT 24 2007
                                                    MAILED FROM ZIP CODE 19977
```

I/M PAUL SMITH
SBI# 140003 UNIT 1-BEST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District
Court — Lock Box 18
844 King Street
Wilmington, Delaware
19801-3570

U.S.A.

Legal Mail