IN THE UNITED STATES DISTRICT COURT
District of Delaware (Wilmington)
Civil Docket for Case #: 1:05-CV-00142-GMS

Smith v. Reginal Medical First Correctional et al
Assigned to: Honorable Gregory M. Sleet,
Demand: $3,900,000
Related Case's   1:05-CV-00139-GMS
                 1:06-CV-00431-GMS
                 1:06-CV-00432-GMS
                 1:07-CV-00477-GMS
                 1:07-CV-00476-GMS

Date 11-07-2007

Cause: 42:1983 Prisoner Civil Rights

Plaintiff
Paul J. Smith

V.

Defendant
Reginal Medical First Correctional

Represented By: Daniel L. McHerty
Heckler & Frabizzio
800 Delaware Ave Suite 200
P.O. Box 128
Wilmington, De 19899


FILED
NOV 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In the United States District Court
for the District of Delaware

Date 11-07-2007

Dear Dr Peter T. Dalleo,
 I Paul J. Smith Sr. would like to receive an up date Docket Sheet on those case number's now pending before the court, sent to my home address of 1416 Cowmarsh.,

Also if possible, I can receive case management scheduling for pretrial conferences scheduling expediting disposition, and any other services needed towards these cases.

Once more I do thank you for your time, and services

Sincerely
[signature]

God Bless.



Mr. Paul Smith Sr.
SBI# 00142003 UNIT D-West
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

LEGAL MAIL