CASE 1:07-CV-00476-GMS Document 19 Filed 12/17/2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Paul J. Smith,
  Plaintiff,

v.

Carl C. Danberg, et. al.,
  Defendant(s).

Civ. Action No. 07-476-GMS

DATE 12-18-2007

ORDER

WHEREAS, Paul J. Smith, was a prisoner incarcerated at the Delaware Correctional Center, Smyrna, DE 19977;

Motion of Respondent - A Memorandum Response Constituting my Reply for Legal Proceeding(s). 42 USC § 1983 Lawsuit filed while incarcerated.

I, Paul J. Smith, am unable to pay a filing fee of $350.00, However, I receive Social Security Disabilities(s). And I am living on a fixed income, and at this point, I am receiving Zero $.00 Dollars.

FILED
DEC 27 2007
BN
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Due By My Being in Prison over and over my Benefits were stoped., And I am having a very very hard time receiving my Benefia(s) Based upon my criminal record, And criminal Back ground check. As of 12-18-2007, I have not been Able to pay my (Rent)., Perhaps next week I may Become Homeless, And in need for a Homeless Shelter,

Therefore Comm. Carl C. Danberg, et, Al., Any Help you and your staff can offer will be greatly Appreciated

Sincerely

[signature] 12-18-2007

Mr. Paul J. Smith Sr.
1416 Coursharsh Creek Road
Camden, DE 19934
(302) 492-3623

# SEALED DOCUMENT