Office of the Clerk
United States District Court
District of Delaware

01-11-2008

Peter T. Dalleo,

Paul J. Smith, Plaintiff

V.

Reginal Medical First Correctional Et., Al., Defendants

Related Cases
1:05-CV-00139-GMS
1:05-CV-00142-GMS
1:06-CV-00431-GMS
1:06-CV-00432-GMS
1:07-CV-00476-GMS
1:07-CV-00477-GMS

Motion for An Appointment of Counsel

Honorable Gregory M. Sleet,
        I Paul J Smith would like to have Representation in Constitutional Amendments to my Civil Case's now Pending Before this Court, I am at a Disability State of not Being fully Capable of Performing all functions. However Your Honor, I need in Civil Action to protect my Private Civil Right.

Sincerely
Paul Smith 1-11-08
1416 CowMarsh Creek Rd.
Camden, Delaware 19934
(302) 492-3623

FILED
JAN 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE