COPY

Office of the Clerk
United States District Court
District of Delaware

01-11-2008

Peter T. Dalleo,

Paul J. Smith Plaintiff

Vs

Danberg et., Al
Defendants

Related Cases
1:05-CV-00139-GMS
1:05-CV-00142-GMS
1:06-CV-00143-GMS
1:06-CV-00432-GMS
1:07-CV-00476-GMS
1:07-CV-00477-GMS

Motion for Case Management Scheduling for Deposition of Pre-Trial Conference Expediting Deposition.

Dear Honorable Gregory M. Sleet.

                       I Paul J Smith Consider maybe agree upon a Settlement Between parties, A liability of an obligation to a Duty which eventually must be performed without misconduct or corrupt misbehavior (Defendants).

Sincerely
Paul Smith  01-11-2008

FILED
JAN 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mr. Paul Smith
1416 Coumarsh Creek Road
Camden, Delaware 19934

Legal Mail

WILMINGTON DE 197
14 JAN 2008 PM 3

Clerk of the Court
Peter Dalleo
United State District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801