IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PAUL J. SMITH,                          )
                                        )
            Plaintiff,                  )
                                        )
            v.                          )  Civil Action No. 07-476 GMS
                                        )
CARL C. DANBERG, et.al.                 )
                                        )
            Defendants.                 )

**ORDER**

At Wilmington this 30th day of January, 2008,
the Court having considered plaintiff's December 27, 2007
response to the Court's order dated December 17, 2007, regarding
his application to proceed without prepayment of fees under 28
U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

United States District Judge

FILED

JAN 30 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE