## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-476-GMS |
| | ) | |
| CARL DANBERG, THOMAS CARROLL, | ) | JURY TRIAL DEMANDED |
| AND BETTY BURRIS | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stacey Xarhoulakos on behalf of Defendants Carl Danberg, Thomas L. Carroll, and Betty Burris.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon Defendants Danberg, Carroll, or Burris.  Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        */s/ Stacey Xarhoulakos*
        Deputy Attorney General,
        Department of Justice
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        stacey.xarhoulakos@state.de.us
        *Attorney for Defendants Danberg, Carroll, and Burris*

Dated: March 17, 2008

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 17, 2008, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on March 17, 2008, I have mailed by United States Postal Service, the document to the following non-registered participants:

  Paul Smith, *Pro Se*
  1416 Cowmarsh Creek Road
  Camden, DE 19934

            /s/ Stacey Xarhoulakos
            Deputy Attorney General
            Department of Justice
            820 N. French Street, 6th Floor
            Wilmington, DE 19801
            (302) 577-8400
            stacey.xarhoulakos@state.de.us