IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-476-GMS |
| ) | |
| CARL DANBERG, THOMAS CARROLL, ) | JURY TRIAL DEMANDED |
| AND BETTY BURRIS ) | |
| ) | |
| Defendants. ) | |

**STATE DEFENDANTS' ANSWER TO THE COMPLAINT**

COME NOW, defendants Carl Danberg, Thomas Carroll, and Betty Burris ("Answering Defendants") by and through their undersigned counsel, and hereby answer the Complaint of the plaintiff, Paul Smith ("Plaintiff"). (D.I. 2).

STATEMENT OF CLAIM

Answering Defendants specifically deny any wrongful conduct. Answering Defendants specifically deny that they caused any injury claimed by Plaintiff. Answering Defendants specifically deny that Plaintiff's conditions of confinement were contrary to the Eighth Amendment, or unconstitutional in any manner. It is denied that Plaintiff's civil liberties were denied in any manner.

RELIEF

It is specifically denied that Plaintiff is entitled to any monetary damages, including punitive, compensatory, investigation or attorneys' fees. It is specifically denied that Plaintiff is entitled to declaratory, injunctive or any other relief.

DEFENSES AND AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff has failed to exhaust his administrative remedies.

3. Answering Defendants are immune from liability under the Eleventh Amendment.

4. Answering Defendants are entitled to qualified immunity.

5. As to any claims under state law, Answering Defendants are entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001 *et seq.*

6. As to any claims under state law, Answering Defendants are entitled to sovereign immunity in their official capacity.

7. Answering Defendants cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

8. To the extent that Plaintiff seeks to hold Answering Defendants liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

9. Answering Defendants, in their official capacity, are not liable for alleged violations of Plaintiff's constitutional rights as they are not "persons" within the meaning of 42 *U.S.C.* § 1983.

10. Insufficiency of service of process.

11. Insufficiency of process.

12. Lack of jurisdiction over the person and subject matter.

WHEREFORE, the Answering Defendants respectfully requests that judgment be entered in their favor and against Plaintiff as to all claims and that attorney fees be awarded to the Answering Defendants.

- 3 -

          **DEPARTMENT OF JUSTICE**
          **STATE OF DELAWARE**

          */s/ Stacey Xarhoulakos*
          Stacey Xarhoulakos, # 4667
          Deputy Attorney General
          Department of Justice
          820 N. French Street, 6th Floor
          Wilmington, De 19801
          (302) 577-8400
          *Attorney for State Defendants*

Dated: March 17, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2008, I electronically filed *State Defendants' Answer to the Complaint* with the Clerk of Court using CM/ECF and have mailed by United States Postal Service, the document to the following non-registered participant:

    Paul Smith, *Pro Se*
    1416 Cowmarsh Creek Road
    Camden, DE 19934

                                      /s/ Stacey Xarhoulakos
                                      Deputy Attorney General
                                      Department of Justice
                                      820 N. French St., 6th Floor
                                      Wilmington, DE 19801
                                      (302) 577-8400
                                      stacey.xarhoulakos@state.de.us