IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL SMITH | ) |
| | ) |
|     *Pro Se* Plaintiff | ) |
| | ) |
| v. | )   Civil Action No. 07-476 GMS |
| | ) |
| CARL DANBERG, et al. | ) |
| | ) |
|     Defendants | ) |

## SCHEDULING ORDER

At Wilmington this 18th day of March, 2008, pursuant to Fed.R.Civ.P. 16 and D.Del.L.R. 16.2;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings**. All motions to join other parties and amend the pleadings will be filed on or before May 19, 2008.

2. **Discovery**. All discovery will be initiated so that it will be completed on or before September 19, 2008.

3. **Application by Motion**. Any application to the Court will be by written motion filed with the Clerk.

4. The parties will not send or deliver any correspondence to Chambers. All correspondence and pleadings must be filed directly with the Clerk of the Court. It will be the responsibility of the parties to inform the court of any change of address.

5. **Summary Judgment Motions**. All summary judgment motions, with accompanying briefs and affidavits, if any, will be served and filed on or before November 19, 2008. The

answering brief will be filed on or before December 3, 2008, and the reply brief due on or before December 17, 2008.

    6. Any requests for extensions of time as set forth in this Scheduling Order must be made no later than twenty-one days prior to the expiration of time.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

