IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL SMITH, ) | |
| ) | |
|     *Pro Se* Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-476 GMS |
| ) | |
| CARL DANBERG, et al., ) | |
| ) | |
|     Defendants, ) | |

## **ORDER**

At Wilmington this 24th day of April, 2008;

IT IS ORDERED that plaintiff's motions for appointment of counsel (D.I. 10, 22) are denied without prejudice to renew. Plaintiff, a pro se litigant proceeding in forma pauperis, has no constitutional or statutory right to appointed counsel. *See Ray Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). It is within this court's discretion, however, to seek representation by counsel for plaintiff, but this effort is made only "upon a showing of special circumstances indicating the likelihood of substantial prejudice to [plaintiff] resulting from [plaintiff's] probable inability without such assistance to present the facts and legal issues to the court in a complex but arguably meritorious case." *Smith-Bey v. Petsock*, 741 F.2d 22, 26 (3d Cir. 1984); *accord Tabron v. Grace*, 6 F.3d 147, 155 (3d Cir. 1993)(representation by counsel may be appropriate under certain circumstances, after a finding that a plaintiff's claim has arguable merit in fact and law).

Having reviewed plaintiff's complaint, the court finds that his allegations are not of such a complex nature that representation by counsel is warranted at this time. The various papers and pleadings submitted by plaintiff reflect an ability to coherently present his arguments.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE