Filed 03/18/2008

Page 1 of 2

In the United States District Court
for the District of Delaware

Paul Smith
Pro Se Plaintiff

V.

Carl Danberg, et al.
Defendants

Civil Action No. 07-476 GMS

MAY 5 2008

ORIGINAL

Date May 02, 2008

Motion to Amend upon Scheduling Order Correspondence by Paul Smith, Pro Se Plaintiff, in Application of Motion filed to the Clerk of Court, on 05-02-2008.

(#1.) Plaintiff, did state a claim upon which Relief can be "Granted".

(#2.) Plaintiff, seeking Joinder of other Parties and Amendment of Pleadings.

(#3.) Plaintiff, seeking Judgement be Granted under fair Considerations.

Page 1 to 7

Defendants. are Responsibility the obligation to Repair any injuries caused., Liabilities, and issues within the Delaware Correctional Center.

(#4.) Defendants. caused pain, and suffering upon Plaintiff. Physically, Emotionally, Sexually, and Mentally.

(#5.) Plaintiff, Seeks - Restitution - Act of making good or of giving the equivalent for any loss, damage, or injury indemnification.

(#6.) Pain and suffering a species of damage that Plaintiff may recover for physical, and mental pain, and suffering that result from a wrong done of suffered. The loss of ability or capacity to work because of physical pain, emotional pain, and mental suffering is a type of pain and suffering and a proper element of damages., Emotional Distress - extreme personal suffering cause by the intentional negligent deliberately. By Defendants.,

(2.)

(#7.) WHEREAS PLAINTIFF SEEK MONETARY AWARDS. PLAINTIFF RECEIVED UNEQUAL TREATMENTS UPON HIS HEALTH CARE SERVICE'S WHILE INCARCERATED AT THE DELAWARE CORRECTIONAL CENTER. BOTH MEDICAL AND DWELLING CONDITIONS.

(#8.) DEFENDANTS-LIABILITY- AN OBLIGATION TO A DUTY WHICH EVENTUALLY MUST BE PERFORMED, AN OBLIGATION TO PAY MONEY DAMAGE'S TOWARDS UNCONSTITUTIONAL CONFINEMENT BY LAW.

(#9.) PLAINTIFF SEEKING PAIN AND SUFFERING AWARDS DAMAGES THAT ONE MAY RECOVER FOR PHYSICAL AND MENTAL PAIN AND SUFFERING THAT RESULT FROM A WRONG DONE OR SUFFERED, MISCONDUCT, CORRUPT, MISBEHAVIOR OF THE DUTIES "DEFENDANTS."

(#10.) RECOVERY MONEY DEMANDED.



(3.)

#11. Duty - obligations which results in the liability under the law of negligence, if an individual owes to other a Duty of Care, he must conduct himself so as to avoid negligent injury to them., Good Faith.

#12. Plaintiff, Emotional Distress - Grant Compensation

#13. Defendants Habitability - of the condition of residential or other premises being reasonably fit for occupation, the health, and safety.

#14. Plaintiff suffering hardship unnecessary - injuries by Defendants at the Delaware Correctional Center.

#15. Defendants - Guardian - once who legally has care and management of the person or estate or both of an incompetent who cannot act for himself, person to provide for their care, welfare, education, maintenance and support.

4.

#16. Defendants - intent, a state of mind wherein the person's knows and desires the consequences of one's own act which for purposes liability.

#17. Defendants - wants a justification just lawful excuse for an act; reasonable excuse, showing of a sufficient reason in court why defendants did what he is called upon to answer for, so to excuse liability.

#18. Defendants - Regulations - Rules or Directives issued by Administrative Agencies. Not having within Racketeer Influences, and Corrupt Organization - an organized conspiracy to commit extortion - organized crime within the Delaware Correctional Center near Smyrna, Delaware 19977.



(5.)

(#19,) Defendants - Refusal - The rejection of something to which a person is entitled, such as refusing Plaintiff Medical Health Care, such as the rejection of goods under a contract, or the denial of an obligation to perform a legal duty such as the refusal to complete a contract. Defendants want to justify for wrong doing acts. Inside the Department of Corrections. for the State of Delaware, so as to excuse liability.



(6)

Certification of Service

I hereby certify that on May 02, 2008 I filed for Scheduling Order Correspondence with the Clerk of Court Document 30, I hereby certify that on May 02, 2008, I have mailed by United States Postal Service, the documents to the following

Office of the Clerk of Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Plaintiff Paul Smith
1416 Cowmarsh Road
Camden, DE 19934
(302) 492-3603



y




To: The Clerk of Court Dr. Peter Dalleo
United States District Court Lock Box 18
844 N. King Street Lock Box 18
Wilmington, Delaware 19801-3570



From: Mr. Paul Smith Sr.
1416 Cowmarsh Creek Road
Claredon, Delaware
19934




ReadyPost
Utility Mailer