IN THE UNITED STATES DISTRICT COURT
for the District of Delaware

Paul Smith,
Plaintiff,

v.

Carl Danberg, Thomas Carroll,
and Betty Burris
Defendants

C.A. No. 07-476-GMS
Jury Trial Demanded

MAY 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATE May 02, 2008

**Motion to Amend for Entry of Appearance, Joinder of other Parties and Amendment of Pleadings.**

#1. Plaintiff is entitled to any monetary damages including punitive, compensatory, investigation and attorney's fees for his pain and suffering that was deliberately caused by Defendants. C.A. No. 07-476-GMS.

#2. Plaintiff - Conditions of Confinement violated the Eighth Amendment, and Unconstitutional. Plaintiff civil liberties were violated by all said defendants. Cruel and unusual punishment has been inflicted upon the said Plaintiff.

#3. Plaintiff claim the assertion of a right to money or property for his pain and suffering caused by the Defendants, against the Plaintiff towards his injuries. And his medical expenses that are being treated by Doctor's as of April 30, 2008.

#4. Defendant's - A Professional's improper or immoral conduct in the performance of duties done either intentionally or through carelessness or ignorance, with such person's Professional relationship with patient or clients.

#5. Defendant's A total absence of any intention to seek an unfair advantage or to defraud another party. An honest and sincere intention to fulfill one's obligations to Grant Compensation - Gross Negligence Pay Medical Expense's Award Plaintiff.

# Certification of Service

I hereby certify that on May 02, 2008 I filed fax Scheduling Order Correspondence with the Clerk of Court Document 32. I hereby certify that on May 02, 2008, I have mailed by United States Postal Service, the Documents to the following

Office of the Clerk of Court
United States District Court
844 N. King Street, LockBox 18
Wilmington, Delaware 19801-3570

Plaintiff
Pro-Se Mr. Paul Smith Sr.
1416 Cowmarsh Creek Road
Camden Delaware 19934
(302)-492-3633

3.