In The United States District Court
for The District of Delaware

Paul Smith                          }
        Plaintiff,                  }   C.A. No. 07-476-GMS
        V.                          }   Jury Trial Demanded
                                    }
Carl Danberg, Thomas Carroll,       }
And Betty Burris,                   }
        Defendants.                 }
                                    }   DATE May 29, 2008
                                    }

State Defendants Request for Production
of Documents And Things

I Paul Smith, the Plaintiff am filing
with the Clerk of Court my full And
Complete Answer To the following Under
OATH, And Sending Copies And Documents
with full And Complete Answer,

FILED

JUN - 9 2008

BV

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mr. Paul Smith Pro-se
1416 CowMarsh Creek Road
Camden, Delaware 19934
(302) 492-3623

05-29-2008

/ To 18 page



*1.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

PAUL SMITH,                          )
                                     )
    Plaintiff,                       )
                                     )
        v.                          )          C.A. No. 07-476-GMS
                                     )
CARL DANBERG, THOMAS CARROLL, )          JURY TRIAL DEMANDED
AND BETTY BURRIS                     )
                                     )
    Defendants.                      )

## STATE DEFENDANTS' REQUEST FOR PRODUCTION
## OF DOCUMENTS AND THINGS

     Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants, Thomas

Carroll, Betty Burris and Carl Danberg, through undersigned counsel, hereby serves on Plaintiff,

Paul Smith, the following Requests for Production of Documents and Things.

## INSTRUCTIONS

    A.   If any document or thing required to answer any Request for Production is

withheld because you claim that such information is privileged or is contained in a privileged

document or communication: *Physical injuries, Emotional stress Mental Depression*

    (1)  identify each such document with sufficient specificity to permit a court to

determine the propriety of the asserted privilege and setting forth the nature of the

document;

    (2)  identify the privilege and set forth the factual basis for the privilege claims; and

    (3)  set forth each Request to which each such document or thing is responsive.

    B.   These Requests for Production are continuing in nature and, if applicable, will

require supplemental responses pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

*Look at the meaning supplement*

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

*[handwritten: Reports Copies]*

1.   All grievances, complaints, or other correspondence relating to, regarding or arising out of the allegations in Plaintiff's Complaint, including, but not limited to, all grievances or complaints submitted by Plaintiff to Department of Correction personnel, responses thereto, and any related correspondence between Plaintiff and Department of Correction personnel.

**REQUEST NO. 2:**

2.   All correspondence relating to, regarding or arising out of the allegations in Plaintiff's Complaint, including, but not limited to, any correspondence between friends or family members of Plaintiff or other inmates and Department of Correction personnel.

*[handwritten: Do-Not understand?]*

**REQUEST NO. 3:**

3.   Any statements, declarations, petitions, or affidavits relating to, regarding or arising out of the allegations in Plaintiff's Complaint and any statements, declarations, or affidavits of Plaintiff, other inmates, or witnesses to the allegations in the Complaint.

*[handwritten: Copies Reports]*

**REQUEST NO. 4:**

4.   All medical records for Plaintiff relating to, regarding or arising out of the allegations in Plaintiff's Complaint. *[handwritten: Copies Reports]*

**REQUEST NO. 5:**

5.   All medical records for Plaintiff for the past 15 years.

**REQUEST NO. 6:** *[handwritten: OKAY]*

6.   All criminal history records for Plaintiff from any other State besides Delaware for the past 15 years. *[handwritten: OKAY]*

**REQUEST NO. 7:**

7.    All documents identified or referenced in Plaintiff's Answers to Defendants' First

Set of Interrogatories, served contemporaneously herewith.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Stacey X. Stewart*
Stacey X. Stewart (I.D. 4667)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.stewart@state.de.us
Attorney for State Defendants

Dated: May 1, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I electronically filed *State Defendants' Request for Production of Documents and Things* with the Clerk of Court using CM/ECF. I hereby certify that on April 30, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Paul Smith, *Pro Se*
1416 Cowmarsh Creek Road
Camden, DE 19934

/s/ Stacey X. Stewart
Stacey X. Stewart (I.D. 4667)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.stewart@state.de.us



**Discovery Documents**
1:07-cv-00476-GMS Smith v. Danberg et al
PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Stewart, Stacey on 5/1/2008 at 8:46 AM EDT and filed on 5/1/2008

| | |
|---|---|
| **Case Name:** | Smith v. Danberg et al |
| **Case Number:** | 1:07-cv-476 |
| **Filer:** | Thomas Carroll |
| | Betty Burris |
| | Carl C. Danberg |

**Document Number:** 34

**Docket Text:**
**First INTERROGATORIES Propounded to Plaintiff, Paul Smith by Carl C. Danberg, Thomas Carroll, Betty Burris.(Stewart, Stacey)**

**1:07-cv-476 Notice has been electronically mailed to:**

Stacey X. Stewart       stacey.stewart@state.de.us

**1:07-cv-476 Notice has been delivered by other means to:**

Paul J. Smith
1416 Cowmarsh Creek Road
Camden, DE 19934

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/1/2008] [FileNumber=559167-0]
[239f7d1272e5c8d5096c223db9200f0e507964d1f7ee437a853414641eed98fdeb419
0a10e073f0669fa3370887eaf70cad501f67457e48719b0ec7eb46413b7]]



Count 31

## Offender Activity Schedule

Date Range : 09/20/2007 TO 09/20/2007

Date of Report: 09/20/2007

Institution :DCC    Housing Location  Bldg W1

| SBI# | Name | Start Date | Time | End Date | Time | Empl. Date | Activity Type | No Refusal | Housing Location | Destination |
|------|------|-----------|------|----------|------|-----------|---------------|-----------|------------------|-------------|
| | Bland Keenan J | 09/20/2007 | 04:00 | 09/20/2007 | 09:00 | | Medical (Fasting Labs) | [ ] | Bldg W1/Tier I | Others |
| | Humphries John A | 09/20/2007 | 04:00 | 09/20/2007 | | | Medical (Fasting Labs) | [ ] | Bldg W1/Tier J | Others |
| | Kalm David L | 09/20/2007 | 04:00 | 09/20/2007 | | | Medical (Fasting Labs) | [ ] | Bldg W1/Tier B | Others |
| | Kennard Lance H | 09/20/2007 | 04:00 | 09/20/2007 | | | Medical (Fasting Labs) | [ ] | Bldg W1/Tier L | Others |
| | Smith Travis T | 09/20/2007 | 04:00 | 09/20/2007 | | | Medical (Fasting Labs) | [ ] | Bldg W1/Tier B | Others |
| | Johnson Lonnie R | 09/20/2007 | 07:45 | 09/20/2007 | | | Medical (Dental) | [ ] | Bldg W1/Tier C | Others |
| | Bey Nyerere S | 09/20/2007 | 08:00 | 09/20/2007 | 13:00 | | Medical (Doctor) | [ ] | Bldg W1/Tier F | Others |
| | Shockley Sylvester C | 09/20/2007 | 08:00 | 09/20/2007 | 13:00 | | Medical (Chronic Care Clinic) | [ ] | Bldg W1/Tier H | Others |
| | Smith Paul J | 09/20/2007 | 08:00 | 09/20/2007 | 13:00 | | Medical (Chronic Care Clinic) | [ ] | Bldg W1/Tier I | Others |
| | Wise Kwame N | 09/20/2007 | 08:00 | 09/20/2007 | 13:00 | | Medical (Chronic Care Clinic) | [ ] | Bldg W1/Tier I | Others |
| | Workman Michael W | 09/20/2007 | 08:00 | 09/20/2007 | | | Medical (Chronic Care Clinic) | [ ] | Bldg W1/Tier K | Others |
| | Drummond Charles E | 09/20/2007 | 09:00 | 09/20/2007 | 14:00 | | Medical (Labs) | [ ] | Bldg W1/Tier C | Others |
| | Gregory Phillip E J | 09/20/2007 | 09:00 | 09/20/2007 | | | Medical (Grievances) | [ ] | Bldg W1/Tier C | Others |
| | Lecates Kenny L | 09/20/2007 | 09:00 | 09/20/2007 | 14:00 | | Medical (Labs) | [ ] | Bldg W1/Tier C | Others |
| | Lecates Kenny L | 09/20/2007 | 09:00 | 09/20/2007 | | | Medical (Labs) | [ ] | Bldg W1/Tier C | Others |
| | Mahan Thomas L | 09/20/2007 | 09:00 | 09/20/2007 | | | Medical (Doctor) | [ ] | Bldg W1/Tier C | Others |
| | Mccray Cyril D | 09/20/2007 | 09:00 | 09/20/2007 | | | Medical (Sick Call) | [ ] | Bldg W1/Tier G | Others |
| | Murray Wilson W J | 09/20/2007 | 09:00 | 09/20/2007 | | | Medical (Doctor) | [ ] | Bldg W1/Tier B | Others |
| | Richardson Larry E | 09/20/2007 | 09:00 | 09/20/2007 | | | Medical (Labs) | [ ] | Bldg W1/Tier G | Others |
| | Scott Gregory M J | 09/20/2007 | 09:00 | 09/20/2007 | | | Medical (Sick Call) | [ ] | Bldg W1/Tier B | Others |
| | Thompson Edward L | 09/20/2007 | 09:00 | 09/20/2007 | | | Medical (Doctor) | [ ] | Bldg W1/Tier K | Others |
| | Vilone Antonio J | 09/20/2007 | 09:00 | 09/20/2007 | 14:00 | | Medical (Doctor) | [ ] | Bldg W1/Tier I | Others |
| | Francis William G | 09/20/2007 | 09:30 | 09/20/2007 | 14:30 | | Medical (Treatments) | [ ] | Bldg W1/Tier D | Others |
| | Williams Robert F 3 | 09/20/2007 | 09:30 | 09/20/2007 | 14:30 | | Medical (Treatments) | [ ] | Bldg W1/Tier I | Others |
| | Williams Robert F 3 | 09/20/2007 | 09:30 | 09/20/2007 | | | Medical () | [ ] | Bldg W1/Tier I | Others |
| | Hammond Calvin M | 09/20/2007 | 13:00 | 09/20/2007 | | | Medical (Chronic Care Clinic) | [ ] | Bldg W1/Tier G | Others |
| | Watson Al-Tariq | 09/20/2007 | 13:00 | 09/20/2007 | | | Medical () | [ ] | Bldg W1/Tier K | Others |
| | Bey Nyerere S | 09/20/2007 | 13:15 | 09/20/2007 | | | Medical (Doctor) | [ ] | Bldg W1/Tier F | Others |
| | Matos Hector | 09/20/2007 | 13:30 | 09/20/2007 | | | Medical (Doctor) | [ ] | Bldg W1/Tier D | Others |
| | Averill Wayne R | 09/20/2007 | 16:30 | | | | Medical (Mental Health) | [x] | Bldg W1/Tier A | Others |
| | Williams Robert F 3 | 09/20/2007 | 18:31 | 09/20/2007 | | | Medical (Physical) | [ ] | Bldg W1/Tier I | Others |

Page Count: 31

Page 1 of 1



**Bayhealth Medical Center-Milford Memorial Hospital - Emergency Department**
**21 West Clark Street Milford, DE 19963**
**(302)422-3311**
**Patient: PAUL SMITH, Date: 05/05/2007 Time: 23:17**

**Discharge Instructions**

**Learning Needs Identified:** Illness, Medication, Follow-up Care
**Primary Language:** English
**Barriers Identified:** None
**Intervention for Barriers to Learning:** None
**Teaching Methods Used:** Printed patient instruction, Verbal Instruction

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below**.

You were treated today by CYNTHIA SHEN, DO.

## THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE

Please return to the Emergency Department if your symptoms get worse.

Call as soon as possible to make an appointment in 3 days to see GLEN ROWE, DO. You can reach GLEN ROWE at (302)730-4366, 1093 SOUTH GOVERNORS AVENUE, DOVER, DE, 19904. If you have any problems before this appointment, call the office.

## THIS INFORMATION IS ABOUT YOUR DIAGNOSIS

**HIP PAIN**
Hip pain most often follows intense speed walking, aerobics, a fall or an accident.

Causes of hip pain may include:
- tight muscles
- strains - stretched or torn muscles
- sprains - stretched or torn ligaments that connect one bone to another
- tendinitis - inflammation (swelling) of tendons that connect muscle to bone around the hip
- bursitis - inflammation of the fluid-filled sacs that cushion points between your bones and the tendons or muscles near the joints
- osteoarthritis - damage of the cartilage that cushions the ends of your bones in your joints. This deteriorates over years and with overuse of the hip.

**Follow these instructions**:
- Rest more than usual for the next few days.
- Take pain medicine as prescribed by the doctor.



**CARDIOLOGY CONSULTANTS P.A.**
www.CardioConsultants.net

**NEW CASTLE COUNTY**

PIAMSOOK ANGKEOW, M.D.
KEVIN M. BOYLE, M.D.
ARTHUR W. COLBOURN, M.D.
BARRY S. DENENBERG, M.D.
ANDREW J. DOOREY, M.D.
ANTHONY B. FUREY, D.O.
EDWARD M. GOLDENBERG, M.D.
RICHARD F. GORDON, M.D.
ROBIN A. HORN, M.D.
AJITH G. KUMAR, M.D.
RONALD L. LEWIS, D.O.

RAYMOND E. MILLER, M.D.
GEORGE D. MOUTSATSOS, M.D.
ASHISH B. PARIKH, M.D.
MICHAEL J. PASQUALE, M.D.
PAUL C. PENNOCK, M.D.
JAMES M. RITTER, M.D.
MICHAEL E. STILLABOWER, M.D.
HENRY L. WEINER, M.D.
MARK R. ZOLNICK, M.D.

**KENT COUNTY**

HARJINDER S. GREWAL, M.D.
LAWRENCE G. NARUN, M.D.
DAVID RAMOS, M.D.
JOHN. W. SHUCK, M.D.

**SUSSEX COUNTY**

ALI DELBAKHSH, M.D.
E. MARK JOHNSON, M.D.
PEDRO J. PEREZ, M.D.
R. ALBERTO ROSA, M.D.
KENNETH P. SUNNERGREN, M.D.

**Welcome to Cardiology Consultants, P.A.**

Dear Paul Smith,

We are glad you have chosen one of the physicians in our group to attend to your cardiac care. We have scheduled you with Dr. Grewal, for an appointment on 4-5-07 at 8:15 in our Dover location.

The enclosed packet will help us to assess your medical needs and ensure that we have the necessary information to allow our physician to care for you to the best of his/her ability. Please fill out the enclosed forms and bring them, as well as a list of all medications you are currently taking, to your scheduled appointment. Make sure that you have your current insurance card with you and that you present it to the receptionist. If your insurance requires you to have a referral for the visit, please make sure that to obtain it prior to your appointment. We will be collecting a co-pay from you at the time of your visit, if your insurance indicates that you owe one.

Please feel free to call our office at 672-4600 if you have any questions, or if you need to make any changes to your appointment. Any one of our scheduling staff members will be happy to help you. For more information regarding our practice or for maps & directions to our offices, you may log on to www.cardioconsultants.net

Thank you,

Cardiology Consultants, P.A.
Scheduling Department

Confirmation # _____

---

**NEW CASTLE COUNTY**   252 Chapman Road, Suite 150, Newark, DE 19702  (302) 366-1929  Fax (302) 366-1006
St. Francis Hospital Medical Office Building, 701 N. Clayton Street, Suite 407, Wilmington, DE 19805   (302) 421-9721   Fax (302) 421-9728
2700 Silverside Road, Wilmington, DE 19810  (302) 478-9185  Fax (302) 478-9187
Pike Creek Sports Medicine Building, 3105 Limestone Road, Suite 200, Wilmington, DE 19808   (302) 636-3020   Fax (302) 636-3025
Concord Plaza, Quillen Building, 3521 Silverside Road, Suite 1-C, Wilmington, DE 19810   (302) 477-6510   Fax (302) 477-6522
Ketlay Plaza, 114 Sandhill Drive, Suite 203, Middletown, DE 19709   (302) 452-3455   Fax (302) 376-4350

**KENT COUNTY**   1100 Forrest Avenue, Dover, DE 19904   (302) 672-4600   Fax (302) 672-4606

**SUSSEX COUNTY**   550 South DuPont Plaza, Milford, DE 19963   (302) 422-6050   Fax (302) 422-6820
1606 Savannah Road, Suite 3, Lewes, DE 19958   (302) 645-1233   Fax (302) 645-1228
609 Atlantic Avenue, Suite C, Millville, DE 19967   (302) 541-8138   Fax (302) 541-8425

**CARDIAC DIAGNOSTIC CENTERS**
3105 Limestone Road, Suite 202, Wilmington, DE 19808   (302) 994-6500  Fax (302) 994-6922
Concord Plaza, Quillen West, 3521 Silverside Road, Suite 1-A, Wilmington, DE 19810   (302) 477-6500  Fax (302) 477-6509
1100 Forrest Avenue, Dover, DE 19904   (302) 672-1890  Fax (302) 672-1899
550 South DuPont Plaza, Milford, DE 19963   (302) 422-6050   Fax (302) 422-6820
1606 Savannah Road, Suite 3, Lewes, DE 19958   (302) 645-1233   Fax (302) 645-1228

**BUSINESS OFFICE**





**Bayhealth**
*Medical Center*

K07082-00219          00-0420994
SMITH, PAUL J                                ERK
M DOB:           48Y (302)492-1122
PHYSICIAN, EMERGENC          03/23/07

## EMERGENCY DEPARTMENT DISCHARGE RECORD

Kent General Hospital emergency personnel are specially trained to deal with emergencies. While we are here to help with your immediate health problems, the treatment you receive is not meant to take the place of the complete care your doctor will give you. We will advise your local family doctor what we have treated you for by sending him/her a copy of your Emergency Department Record. In most cases, we recommend that you see your family doctor for follow-up care. If you do not have a family doctor please tell us, and we will give you a list of names for you to choose from.

**SPECIAL INSTRUCTIONS:** *See printed on chest pain & asthma*

**MEDICATION INSTRUCTIONS:**

- ☒ Fill prescriptions and take medications according to directions. *albuterol.*
- ☐ Do not drink alcohol or take sedatives with this medication.
- ☐ Do not drive, operate machinery, or perform dangerous tasks while taking this medication.
- ☐ Take this medication with food.
- ☐ _____

**FOLLOW-UP INSTRUCTIONS:**

- ☒ See ~~your family doctor.~~ *Dr Shuck (heart doctor).*  ☐ in _____ days  Call for appointment. *Stress*
- ☐ Return to the Emergency Department.  ☐ on *3/29* at *08:15* *Test*
- ☐ See Dr._____    *4/5 @ 0815 Dr. Grewal.*
- ☐ No work / school_____  ☐ No gym / sports
- ☐ Light duty _____
- ☐ May return to work / school _____
- ☐ Call for Occupational Health appointment _____

**PHYSICIAN SIGNATURE:** _____

## I UNDERSTAND THAT:

I should see my family doctor or return to the Emergency Department if I become worse or develop further problems.

If x-rays were taken, they will be read by a radiologist and I may be called for a recheck or further x-rays if necessary.

I am responsible for arranging my follow-up care.

I have received the above instructions and they were explained to me by an emergency physician or nurse.

**DATE:** *3-23-07*

**INSTRUCTED BY:** _____

**TIME:** *1524*

I have read and understand these instructions.

**RESPONSIBLE PARTY:** X *Paul Smith*



**Bayhealth Medical Center - Emergency Department**

**640 South State Street Dover, DE 19901**

**(302)674-4700**

**Patient: Paul Smith, Date: 03/23/2007 Time: 15:22**

• **You are having asthma symptoms at night.**
• **Your asthma is keeping you from doing your usual daily activities.**
• **You have any other questions or concerns.**

**For more information on asthma, contact:**

**The American Lung Association**

**1740 Broadway**

**New York, NY   10019**

**1-800-586-4872**

**www.lungusa.org**

**Asthma and Allergy Foundation of America**

**1233 20th Street, NW, Suite 402**

**Washington, DC   20036**

**1-800-7-ASTHMA**

**www.aafa.org**

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** **Follow the above**
**instructions carefully. Take your medicines as prescribed. Most important, see a doctor**
**again as discussed. If you have problems that we have not discussed, call or visit your**
**doctor right away. If you cannot reach your doctor, return to the Emergency Department.**

**Portions Copyrighted 1987-2007, LOGICARE Corporation Page 4 of 4**

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/02/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : SMITH, PAUL J | **SBI#** : 00142003 | **Institution** : DCC |
| **Grievance #** : 125083 | **Grievance Date** : 06/18/2007 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Medical Staff | **Incident Date** : 06/18/2007 | **Incident Time** : |
| **IGC** : McCreanor, Michael | **Housing Location** : Bldg W1, Tier I, Cell 24, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I, I/M Smith, was reaching for crutches from his top bed to go to the restroom. While doing so I/M smith slipped missing his crutches and falling off the top bed, Cell 24, "I" Tier. I/M Smith got up off the floor thinking he was alright. But he is hurt from the fall. I/M told staff officers about this. They called Medical and told them what happened. Medical asked "can he walk" and staff said "yes". Medical said to have I/M Smith submit a Sick Call Slip because no one is herer right now to see him.

**Remedy Requested** : I, I/M Smith, would like to see a doctor to get a memo for a bottom bunk because I hurt my arm, leg and back from that fall. I feel like I am being paralyzed. Both my legs a numb, back pain, and pins sticking in the bottom of my feet. Need treatment ASAP.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 07/03/2007 |
| **Investigation Sent** : 07/03/2007 | **Investigation Sent To** : |
| **Grievance Amount** : | |

(9.)

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/24/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SMITH, PAUL J | **SBI#**          :  00142003 | **Institution**    : DCC |
| **Grievance #**    : 131603 | **Grievance Date**   : 07/03/2007 | **Category**     : Individual |
| **Status**         : Unresolved | **Resolution Status :** | **Resol. Date**   : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**    : 07/03/2007 | **Incident Time :** |
| **IGC**          : McCreanor, Michael | **Housing Location :** Bldg W1, Tier I, Cell 24, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Hip, back, chest, arm pain and the medications I am now taking isn't doing anything for the pain. DCC medical facility is not qualified to treat or care of my injuries and illness.

**Remedy Requested**    : I would like to receive the medication I was receiving on May 24, 2007. If not, I would like to be treated by an outside doctor ASAP.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 07/24/2007 |
| **Investigation Sent :** 07/24/2007 | **Investigation Sent To**       : |
| **Grievance Amount :** | |

**Page 1 of 4**

DCC  Delaware Correctional Center                                    Date: 09/27/2007
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SMITH, PAUL J | SBI#           : 00142003 | Institution    : DCC |
| Grievance #    : 142600 | Grievance Date   : 09/13/2007 | Category      : Individual |
| Status         : Unresolved | Resolution Status : | Resol. Date   : |
| Grievance Type: Health Issue (Medical) | Incident Date    : 09/13/2007 | Incident Time : |
| IGC            : McCreanor, Michael | Housing Location : Bldg W1, Tier I, Cell 24, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**   Inmate Claims:   Hip replacement, neck pain, back pain, left shoulder and arm pain, and numbness in both legs, July 2007 I was seen by DCC medical Dr. Vandous, and he ordered a follow up with outside Dr. Glen Rowe for treatments, and no one from DCC medical staff has made any attempt to make contact office of Dr. Glen Rowe, to schedule an appointment for me to be seen, and not can I be treated for my injured here at the Delaware Correction Center medical facility.

**Remedy Requested**     :   Is to schedule a date ASAP.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 09/27/2007 |
| Investigation Sent : 09/27/2007 | Investigation Sent To          : |
| Grievance Amount : | |

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/18/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SMITH, PAUL J | **SBI#**           :  00142003 | **Institution**    : DCC |
| **Grievance #**    : 143584 | **Grievance Date**  : 10/12/2007 | **Category**    : Individual |
| **Status**      : Unresolved | **Resolution Status :** | **Resol. Date**   : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**     : 10/12/2007 | **Incident Time :** 20:40 |
| **IGC**         : McCreanor, Michael | **Housing Location :** Bldg D-WEST, Tier C, Cell 24, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**  Inmate Claims:  Medical staff doctor and nurses refusing me health care for my asthma, allergy, neck pains left arm and shoulder pains, upper `  `d lower back pains, hip's pains, and numbness at times in my legs when sitting or laying.

**Remedy Requested**     :    Please stop refusing me medical care.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFOR    `TION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by M**  cal Unit :  10/18/2007 |
| **Investigation Sent  :** 10/18/2007 | **Investigation Sent To**            : |
| **Grievance Amount :** | |



**DCC  Delaware Correctional Center**                                   Date: 09/27/2007
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SMITH, PAUL J | **SBI#** : 00142003 | **Institution** : DCC |
| **Grievance #** : 142602 | **Grievance Date** : 09/14/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Medical Staff | **Incident Date** : 09/14/2007 | **Incident Time :** 19:30 |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg W1, Tier I, Cell 24, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**  Nurse Bob 4 to 12 shift refused me asthma treatment this has been an ongoing problem for the last two months with bob denying me treatments, for asthma, I'm being racial discriminated against by medical staff nurse bob, only due to the fact I am black.

**Remedy Requested**       :  I would like action taken towards this matter of being discriminated against and being refused medical care by DCC medical staff.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 09/27/2007 |
| **Investigation Sent :** 09/27/2007 | **Investigation Sent To** : |
| **Grievance Amount :** | |

/13./

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/02/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SMITH, PAUL J | **SBI#** : 00142003 | **Institution** : DCC |
| **Grievance #** : 142798 | **Grievance Date** : 09/22/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/21/2007 | **Incident Time :** 13:15 |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg W1, Tier I, Cell 24, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**  C/O Rabon, was very upset with·medical staff doctors and nurses for refusing me my asthma treatments on 9/21/07, the time was 3:40 pm when they were forced by C/O Rabon to let me get my asthma treatment after sitting up to medical awaiting treatment for 2 hrs, and while waiting the pain in my chest was getting greater, however, medical staff know if I'm not receiving oxygen I can die.

**Remedy Requested**    :   Have medical staff doctors and nurses stop playing games with my life within there hands of my health care needed this has caused medical illness upon me.  Start date 5/24/07.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 10/02/2007 |
| Investigation Sent : 10/02/2007 | Investigation Sent To : |
| Grievance Amount : | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 10/24/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SMITH, PAUL J | **SBI#**          : 00142003 | **Institution**    : DCC |
| **Grievance #**    : 143866 | **Grievance Date**   : 10/10/2007 | **Category**    : Individual |
| **Status**        : Unresolved | **Resolution Status :** | **Resol. Date**   : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**    : 10/10/2007 | **Incident Time :** |
| **IGC**          : McCreanor, Michael | **Housing Location :** Bldg D-WEST, Tier C, Cell 24, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**  Inmate Claims:  I would like to receive medical report for Sept 20th 2007, taken to Kent General Hospital, and doctor's report Oct 8, 2007 Dr. Dushuttle office report.

**Remedy Requested**    :    If possible receive medical report's or medical record's.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES                    **Date Received by Medical Unit :** 10/24/2007

**Investigation Sent :** 10/24/2007            **Investigation Sent To**        :

**Grievance Amount :**

**ReadyPost**

Photo Document Mailer

1410 Loudmash Clerk Road
Christel Delaware
19934

To: Judge Gregory M. Sleet
Office of the Clerk of Court
United States District Court
844 N. King Street Lockbox 19
Wilmington Delaware 19801-3570

Filed with the Clerk of the
Office of the Clerk of Court


