In The UNITED STATES DISTRICT COURT
for The District of DELAWARE

Paul Smith,
                Plaintiff

        V.

CARl DANBERg, Thomas Carroll,
And Betty Burris,
                DefeNdants.

C.A. No. 07-476-GMS
JURY TRial DEMANDED

DATE 05-29-2008

STATE DEFENDANTS FIRST SET of iNTERROgATORIES
DIRECTED TO PLAINTIFF.

I PAul Smith, ThE Plaintiff, filED With
The Clerk of Court A full ANd Complete
ANSWER TO the following UNdER OATH, ANd
sendiNg SoME copies of DocumeNTs. With
My full ANd COMPlETE ANSWER.

Paul Smith PRO-SE
1416 CoWMArsh CREEK Rd.
CAMdEN, DElAWARE 19934
302-492-3623

FILED
JUN -9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-29-2008

1 TO 35 PAgE



# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

PAUL SMITH,                        )
                                   )
              Plaintiff,           )
                                   )
      v.                           )        C.A. No. 07-476-GMS
                                   )
CARL DANBERG, THOMAS CARROLL,  )        JURY TRIAL DEMANDED
AND BETTY BURRIS                   )
                                   )
              Defendants.          )

## STATE DEFENDANTS' FIRST SET OF INTERROGATORIES
## DIRECTED TO PLAINTIFF

Demand is hereby made for full and complete Answers to the following Interrogatories

under oath within thirty days. These Interrogatories are continuing and require that supplemental

responses be filed in accordance with the Federal Rules of Civil Procedure.

### DEFINITIONS AND INSTRUCTIONS

A.    The word "identify" and words derived there from shall have the following meanings:

   1.    As applied to an individual, "identify" means to state:

      a.    The individual's name;    *Paul Smith*

      b.    The individual's last known home and business address and the telephone
            numbers for each such address;    *1416 CountMash Creek Road Camden, Delaware 19934*

      c.    The individual's occupation and title, if any, as of the time to which the
            *Truck Driver and Operator.*
            interrogatory is directed and as of the present time; and

      d.    The role played by the individual in relation to the subject matter of the
            interrogatory.    *Disregarded. Emotional Stress Mental Stress and Physical injuries.*

   2.    As applied to a document, "identify" means to state:

            *Copies*

a.   Its nature (e.g., letter, memorandum, telegram, note, drawing, photograph, etc.);  *Copies*

b.   Its subject matter;  *Copies*

c.   By whom it was made and to whom it was directed;  *Department of Corrections State of Delaware*
*Paul Smith*

d.   The date upon which it was made; and  *2004*

e.   The identity of all individuals or organizations who have possession of the original and any copies.  *United State District Court*

Note:   Production of each document is acceptable in lieu of stating the information in points

(a) through (d) of this definition.  *Copies*

*Physical injuries, Emotional stress, Mental Stress, Copies*
3.   "Describe" means to set forth fully the underlying facts (rather than ultimate facts or conclusions of fact or law), including date, time and location.

4.   "Person" shall mean any natural person, any corporation, partnership, association, joint venture, firm or other business enterprise or legal entity, and means both singular and plural.  *Pro-Se  Law  Civic Rights*

5.   "DOC" shall mean the Department of Correction in this action and any of its affiliates, subsidiaries, employees, independent contractors, and any other person or entity under the control of DOC.  *The Delaware Department of Corrections was responsible for my well being Health, and Saftey.*

6.   "You and "your" shall mean the Plaintiff in this action, Paul Smith.  *Yes.*

B.   If you object to any of the interrogatories herein, whether in whole or in part, on the ground that the information sought therein is privileged or confidential:  *Confidential*

1.   Describe any such communication sought to be protected, including its subject matter; and  *Trying Not To Have the Federal over take Delaware's State Prison System, for wrong Doing.*

2.   Identify the individual by whom it was made, the individual to whom it was

2

*Made by Paul Smith, Directed for the state of Delaware to fix poor conditions within the state Prison's*

directed, and all individuals present when it was made; and *Copies*

3.  Identify any document in which it was recorded, described or summarized; and
    *Copies*

4.  Identify any such document sought to be protected.

    *Copies*   **INTERROGATORIES[1]**

1)  With respect to the conditions of confinement claims in your Complaint:

    *Copies*

    a)  Identify how the conditions of confinement

    *Copies*

    a)  Identify all facts that refute, relate to, or support your contention;

    *Copies*

    b)  Identify the specific behavior or conduct that you allege that each Defendant

    *Copies*

    engaged in;

    c)  Identify all persons with knowledge of such contention or facts;

    *Copies*

    d)  Identify all documents that reflect, refer to or relate to such contention or facts.

**RESPONSE:**   *Plaintiff Paul Smith, am sending copies documents received while at D.C.C. physical injuries, Emotional stress, Mental stress.*

2)  Identify all documents which you intend to offer into evidence at the trial of this matter.

**RESPONSE:**

*Copies of documents*

3)  Identify all persons having knowledge of the allegations in the complaint or answer,

---

[1] Please submit additional pages, if necessary.   *Everyone whom are incarcerated within the Delaware's state prison systems.*

indicating those whom you intend to call as witnesses at trial.

**RESPONSE:**  SENdiNg DOCUMENT S
Copies

4)    Identify any physical evidence which relates in any way to any of the facts alleged in the

complaint or answer, or which you intend to offer in evidence at trial.

**RESPONSE:**  THESE DOCUMENTS
of Copies PlaintiFF, IS
xlow SENdiNg Physical StRESS,
EMotioNal stRESS, MENtal DEpRESSiON.

5)    Identify each expert you expect to call to testify as a witness at trial and state for each

such expert, a) the qualifications of the expert, b) the subject matter on which the expert is

expected to testify, c) the substance of the facts and opinions to which the expert is expected to

testify and d) the summary of the grounds for such opinion.

**RESPONSE:**  SAID NAMED DEFENdANTS, WITNESS
AT TRial followiNg DOCUMENTS.

6)    State the following about yourself:

USA

4

a)     Full name, and any other names you have gone by or used,   *Paul Julaide Smith.*

b)     Social Security Number   *221 - 46 -3448*

c)     Date of birth, and any other date of birth you may have used or given,   *07-15-1958*

d)     Place of birth   *Milford Delaware*

e)     Highest level of formal education that you successfully completed   *12 Highest High School, Plus.*

**RESPONSE:**

7)     Identify all of your criminal convictions in the past 15 years, including the court, jurisdiction, date of conviction, date of sentencing, and the terms of the sentence.

**RESPONSE:**   *Plaintiff Paul Smith, Have Very little Criminal Record.*

8)     Identify all employment you have had in the past 15 years, including the name and address of each employer, name of supervisor, dates of employment, rate of pay, job title and responsibilities, and reason for termination.

**RESPONSE:**

*Employer*
*Livingston Trucking*

*Supervisor*
*Paul Smith*
*Date 05-03-91 To 1996*
*Rate 30% To $10,00 per. hr.*
*5 Job Title Operator - shipping And Receiving). Livingston Texas*

*Then BECOME HANDICAP AND DISABLED –*
*Now RECEIVE Disablitiy*

9) Identify all physicians you have seen or been treated by in the past 10 years, including name, office address, telephone number, dates of examination or treatment, and the medical or dental problem involved, if any.

**RESPONSE:**

*Physicians*
*Domiago G. AViado, M.D.*
*EVE Baldrich, F.N.P.*
*Certified By the American Bond of Family Medi.*
*18 South Dupont Hwy*
*Milford, DE 19963*
*Phone (302) 430-7600*

10) Identify and describe all accidents, injuries and ailments you have had in the past 15 years, including the history of any mental illness.

*Neck injuries, Lower Back injur*

**RESPONSE:** *Hip's injuries both Hips, Asthma, High Blood Pressure, And yes Mental illness*

11) Identify in detail the precise injuries or harms you allege were sustained as a result of the allegations in the Complaint.

*All Above*

**RESPONSE:**

*Neck, Back, Hip's, Should paine Head injury, Arm paine, from falling off Top Bunk - AT DCC prison.*

12)   Describe any medical treatment you received as a result of the allegations in the

Complaint, specifically addressing:   *Ulfrim*

   a)   Whether you requested any medical treatment at any DOC facility which you

   believe in any way resulted from the allegations in your complaint; and  *HEAD injury, and NECK, BACK, Hip.*
   *RECEIVED WRONG Medications.*

   b)   The date and method used for any request listed in subparagraph a. of this

   interrogatory:  *DATE's*

**RESPONSE:**   *2004 - 2005 - 2006 - 2007.*

13)   State whether you filed a complaint or grievance at the correctional institution or with the

Department of Correction about the subject matter of each and every claim in your Complaint.  If

so, when were they filed, with who were they filed, and what was the response?  If you did not

file a grievance, indicate why a grievance was not filed?

**RESPONSE:**   *YES filed COMPLAINT's AND GRIEVANCE's.*

14)   State the total amount of compensatory damages you are claiming and the computation

used to arrive at the sum.   *3.9 Mill*

**RESPONSE:**

15)    Have you, or anyone acting on your behalf, obtained from any person any statement, declaration, petition, or affidavit concerning this action or its subject matter? If so, state: *Sending Copies*

    a)    The name and last known address of each such person; and

    b)    When, where, by whom and to whom each statement was made, and whether it was reduced to writing or otherwise recorded. *Sending Copies*

**RESPONSE:**


                            **DEPARTMENT OF JUSTICE**
                            **STATE OF DELAWARE**

                            */s/ Stacey X. Stewart*
                            Stacey X. Stewart (I.D. 4667)
                            Deputy Attorney General
                            Department of Justice
                            820 N. French St., 6th Floor
                            Wilmington, DE 19801
                            (302) 577-8400
                            stacey.stewart@state.de.us
                            Attorney for State Defendants

Dated: May 1, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

PAUL SMITH,                          )
                                     )
              Plaintiff,             )
                                     )
v.                                   )     C.A. No. 07-476-GMS
                                     )
CARL DANBERG, THOMAS CARROLL, )
AND BETTY BURRIS                     )
                                     )
              Defendants.            )


VERIFICATION AS TO ANSWERS:

    I hereby declare under penalty of perjury that the attached Plaintiff's Answers to

Defendants' First Set of Interrogatories are true and correct.

Paul Smith

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I electronically filed *State Defendants' First Set of Interrogatories Directed to Plaintiff* with the Clerk of Court using CM/ECF. I hereby certify that on April 30, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Paul Smith, *Pro Se*
1416 Cowmarsh Creek Road
Camden, DE 19934

/s/ Stacey X. Stewart
Stacey X. Stewart (I.D. 4667)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.stewart@state.de.us

$2.$

## Discovery Documents

1:07-cv-00476-GMS Smith v. Danberg et al

PaperDocuments

**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered by Stewart, Stacey on 5/1/2008 at 8:49 AM EDT and filed on 5/1/2008

| | |
|---|---|
| **Case Name:** | Smith v. Danberg et al |
| **Case Number:** | 1:07-cv-476 |
| **Filer:** | Thomas Carroll |
| | Betty Burris |
| | Carl C. Danberg |

**Document Number:** 35

**Docket Text:**
**REQUEST for Production of Documents directed to Plaintiff, Paul Smith by Carl C. Danberg, Thomas Carroll, Betty Burris.(Stewart, Stacey)**

**1:07-cv-476 Notice has been electronically mailed to:**

Stacey X. Stewart     stacey.stewart@state.de.us

**1:07-cv-476 Notice has been delivered by other means to:**

Paul J. Smith
1416 Cowmarsh Creek Road
Camden, DE 19934

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/1/2008] [FileNumber=559170-0]
[c67770006c548db2321337ecd91957acac35e6dc68a93a41d9f02e676cb1e8917f898
28d71a1317a6291523f8f8e4cc408db2ff5764e37b8173243aeb748b995]]

Smith V. Danberg

2.

FORM #584

## GRIEVANCE FORM

FACILITY: Delaware Correctional Center    DATE: 07-06-07

GRIEVANT'S NAME: Paul J Smith    SBI#: 00142003

CASE#: 130828    TIME OF INCIDENT: 10:45 AM

HOUSING UNIT: W-Building I-84

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

07-06-07 Bureau of Prison(s) for The Department
of Correction(s) Here At The Delaware Correctional
Center Near Smyrna, DE 19977, Based upon Matter(s)
In Violation(s) of Housing And Safety Act, Code(s)

#1. Broken tiles in Shower(s), Broken tile(s) Bathroom floor(s)
#2. Paint Cliping off wall(s) or Mix Compounds oil Base Lead paint
#3. Could Be poison into Bathroom(s), Hallway(s), And Cell(s) peeling wall
#4. Housing Unit(s) Dusty, Dirty, And Nasty, 3 To 5 yes,
#5. Built up, poor Housing Condition(s) for Living. The Spider(s) web

ACTION REQUESTED BY GRIEVANT: Contact Department of Natural Resources
And Environmental Control, This May Result in Additional
Administrative Civil or Criminal Enforcement Action(s)
Dwelling(s) Are Unsanitary Under Delaware Law(s) And
Regulation(s), Housing And Safety Code(s) Human Right Act(s),

GRIEVANT'S SIGNATURE: Paul Smith    DATE: 07-06-07

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

RECEIVED

cc: INSTITUTION FILE
    GRIEVANT

JUL 10 2007

April '97 REV

Inmate Grievance Office

### Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____ **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

    _____ **Disciplinary Action**          _____ **Parole Decision**

    _____ **Classification Action**

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

*IGC DOES NOT CONTACT OUTSIDE AGENCIES FOR INMATES. THAT IS THE I/M's RESPONSIBILITY*

_____
Inmate Grievance Chairperson

7/20/07
Date

3,

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name **Smith Paul**     SBI # **142003**

(Last, First  MI)

Facility **Dcc**          Date _____

|  | | |
|---|---|---|
| ✓ | **Chargeable Visit** | $4.00 |
|  | **Non Chargeable Visit** | -0- |
|  | **Medication Handling Fee ($2.00 X ____ )** | $ 4 |

7-1-on01 325
k kbs
breathing Rx

**Total Amount Charged To Inmate Account**     $ **8·00**

Health Care Staff Signature: *Medred nt RN*

---

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: *Paul Smith*     Date: **SEP, 13th 2007**

1) *Witness Signature: _____     Date: _____

2) *Witness Signature: _____     Date: _____

---

The fee for services rendered will be deducted from your inmate account even if the amount d... to any n... sed will re... partment of Correction as an inmate within ...plied to your inmate account on your new commitment.

SMITH, PAUL                    QTY: 60
MELOXICAM 7.5MG TABS      142003
6362-    Stop: 10/21/07   RX# 14391212

6362-(MAIN)
SMITH, PAUL                    142003
MELOXICAM 7.5MG TABS
30 OF 60    QTY: 60    RFL: 1   Eqv:MOBIC
Stop: 10/21/07
TAKE 1 TAB BY MOUTH TWICE DAILY FOR 90 DAYS >>
TAKE WITH FOOD <<

Distribution:
Original:  Facility Business Office     Posted/Entered by _____     Date _____
Copy:     Inmate Medical Record (yellow)
          Inmate (pink)

*Only needed if inmate refuses or is unable to sign
**FORM #:  621**

 3 part NCR

(C:Copay.96:Form.4)





STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
OFFICE OF THE DEPUTY WARDEN
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6667

## MEMORANDUM

TO:       Inmate Paul Smith      SBI No. 00142003      Housing Unit W I 24 T

FROM:   Deputy Warden Burris *Burris*

DATE    July 30, 2007

RE:       Letter Received

---

In answer to the letter I received from you dated July 13, 2007, funds are removed from your account to pay medical co-pay costs no matter from where or whom you received the money. You should talk to your counselor about your need for a job.

Cc:  Treatment Administrator Hosterman

05-28-07

Dear Warden Thomas Carrol,

I Paul J. Smith 148003, on 5-23-c
I had Medical Supplie(s) + Medication(
for my injurie(s), illness(s), and m(
Disease(s), Asthma, High Blood pressur(
and Medical Staff Refuse(s) me
Treatment(s) or Care at this facility
Here at DCC, I am in Pain, and
Suffering due to the Poor Medic(
facility and Staff, Disciplinary
Action(s) need(s) to be taken as)
soon(s) as possible toward(s) this
Matter.

                              Sincerely Your(s)

                              Paul Smith
                              05-28-07

6.

05-28-07

Dear Deputy Warden Betty Burris,

I Paul J. Smith 142003, on 5-23-c
I had Medical Supplie(s) + Medication
for my injurie(s), illness(s) and my
Disease(s) Asthma, High Blood Pressure
And Medical Staff Refuse(s) me
Treatment(s) or care at this facilit(y)
here at DCC, I am in Pain, and
suffering due to the Poor Medical
Facility and staff, Disciplinary
Action Need(s) to be Taken as
Soon(s) as Possible toward(s) this
Matter.

Sincerely Yours

Paul Smith
05-28-07



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
## OFFICE OF THE DEPUTY WARDEN
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

## MEMORANDUM

TO:       IM Paul Smith SBI# 142003 W I24T

FROM:     Deputy Warden Pierce

DATE:     August 13, 2007

RE:       Building Conditions

_____

      I received your letters July 9, and August 7, 2007, regarding issues with your building and have forwarded your concerns to Captain Hazzard for his investigation and action.


DEP/dc
Attachment
cc:       Captain Hazzard
          File

W I24T

(8.)

To: Deputy Warden Pierce,

08.06-2007
RECEIVED

AUG 0 7 2007

DEPUTY WARDEN I

From: Mr. Paul Smith 148003 W-I-24

Date: August 06, 2007

RE: Building Condition(s),

I RECEIVED Your Letter August 05, 2007, Regarding You
HAVE FORWARDED Your Concerns to Captain Hazzard,

On July 29, 2007, 10:37 AM, LT. Harvey came over
To W-Building Cell #24 - I - Tier, Asking for Paul Smith
To Show Him the Complaint(s) Being Made About Poor
Housing Condition(s) With Molding, Fungus, Dust,
Broken Tile(s), And Pilling Paint from Walls,

9,

I Took LT. HARVEY, into the SHOWER-ROOM, And He Took A Look for Himself of Condition(s) inside Shower, fungus, Molding, Broken tile(s) And Pilling Paint from Ceilling, And Wall(s),

Then To The Bathroom Heater Vent filled with Dust LT. HARVEY, stated that there isn't Much they CAN Do About that. But Around the Wall(s) Are fungus, Molding, Pilling Paint, And Broken tile(s) Here in W-Building I-Tier,

But Sir, these Condition(s) Are All Over this prison Compound, Here At The Delaware Correctional Center,

LT. HARVEY, Saw, And See that Statement(s) Made Against Housing Unit Are True, By PAUL Smith 148003, And that these Condition(s) Are Also Bad for My ASTHMA And Health Care,

Thank You for Your time into this Matter

Paul Smith

08-06-07
W-Building I-24

Copies

10.

W I 247

RECEIVED

JUL 0 9 2007

DEPUTY WARDEN I

07-07-07

Deputy Warden David Pearce,

I Paul Smith,
Have Been trying to work Matter(s) out
with you, And your Administration, And
for some Reason I Am Being ignored By
you, And your Staff, Therefore I Am
Sending you Affidavit Complaint(s), As of
Now Have Not filed in Court, Matter(s)
can Be worked out.

Paul Smith 143003
070707
W-Building
I-24

(11.)

STATE OF DELAWARE    )
                     ) SS
COUNTY OF KENT       )

AFFIDAVIT OF: Paul Smith 140003
DATED: 07-06-07

### AFFIDAVIT

I, Paul Smith, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in Medical Hospital DCC located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware. Smith V. Danberg

As of 05-28-07, These Building on this prison compound, here at The Delaware Correctional Center, have molding, mold on ceiling and wall surface(s), A growth of fungus from damp or decaying matter(s), Also lead base paint, or lead mix compound, A oil base causing poisone to my health, Also housing unit(s) dusty with dust particle(s), spider(s) and spider web(s) hanging from ceiling-wall(s), under heater vent(s), broken tile(s) in shower(s) and in bathroom(s) within w-Building, paint pilling(s) coming off wall(s) everywhere inside housing unit(s), and these condition(s) living under are harmful to my asthma, stated by DCC medical doctor on 06-28-07 time 9:30 am, said asthma condition has gotten worse, The Bureau of prison(s), should contact the departments of natural resources and environmental control because this could result in additional administrative civil or criminal enforcement action(s). Dwelling are unsanitary under Delaware law(s) and regulation(s).

Affiant: _____
                Signature

Paul Smith 140003
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 6th day of July, 200_.

My Commission Expires: June 14, 2008

_____
Notary Public

(12.)

STATE OF DELAWARE )
                 ) SS
COUNTY OF KENT )

AFFIDAVIT OF: Paul Smith 142003
DATED: 07-06-07

**AFFIDAVIT**

I, Paul Smith, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in Medical Hospital DCC located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

Smith V. Reginal Medical ON 5-23-07, HAD Medical Supplies with me coming into this prison here at DCC, Medical-Medications for Asthma, Hip pain, and Lumber Support Brace on, or around my Back, Medical staff removed everything from me, and I have not received any of my Medical Supplies I come ends with, nor any of my Medications, I placed sick Calls in to Medical But they have Been refusing me Treatment and care, on 05-28-07 placed Grievances against Medical Doctors and Nurses for refusing me Health care for my Asthma, High Blood pressure, chest Pains, Hip pain, and lower Back pains and nothing is Being Done Towards receiving any Medical care for my Health conditions since I Became incarcerated here DCC in Been pain, and suffering.

Affiant: _Paul Smith_
Signature

Paul Smith 142003
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 6th day of July, 2007.

My Commission Expires: June 14, 2008

_Timothy J. Martin_
Notary Public

(13.)

STATE OF DELAWARE        )
                         ) SS
COUNTY OF KENT           )

AFFIDAVIT OF: Paul Smith 142003
DATED: 07-06-07

## AFFIDAVIT

I, Paul Smith, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in W-Building I-24 DCC located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware. Smith V. Reginal Medical

ON 06-17-07, fall off Top Bed Cell #24 I Tier, Injuried Left Arm, Right Knee, And Back, I told C/o Staff To Contact Medical About My fall, Someone from Medical Said Cane I'm Smith Walk? C/o Staff, Stated Yes, Tell I'm Smith, Put in Sick Call. I Did, And I Have Not Been Seen Yet, Pain, And Suffering.

ON 06-27-07, Spider Bite, Swelling My Right foot, Any I Need Treatment for pain, And Swelling, Plus My foot Could Have Some Type of Poison from this Spider Bite, Not Been Seen Yet.

FROM 05-23-07, To 07-06-07, I Paul J Smith 142003, Has Been Discriminated Against By Medical Staff Doctor(s) And Nurse(s) Here At The Delaware Correctional Center Near Smyrna Delaware 19977.

Affiant: _____
                Signature

Paul Smith 142003
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 6th day of July, 2007.

My Commission Expires: June 14, 2008

_____
Notary Public





STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

## MEMORANDUM

TO:         IM Paul Smith SBI# 142003 D-West C24B

FROM:       Deputy Warden Pierce

DATE:       October 12, 2007

RE:         Letter

_____

   I received your letters October 9, and 10, 2007, regarding issues in your housing unit and have forwarded you concerns to Captain Hazzard for his investigation and action.

DEP/dc
Attachment
cc:    Captain Hazzard
       File

NAME PAUL J. SMITH SR.
SBI# 00140003

DW
C24B

DATE 10- ~~RECEIVED~~ 7

(15)

DEAR DEPUTY WARDEN DAVID PEARCE,

OCT 1 0 2007

**DEPUTY WARDEN I**

ON 10-06-2007, I PAUL SMITH, DID WALK
INTO RESTROOM I TIER W-BUILDING AND
FOUND THREE 3 INMATES SMOKING CRACK
COCAIN OUT OF A CRACK PIPE,

AND BESIDES THAT, EVERYBODY IS
SMOKING CIGARETTES IN W-BUILDING
THE BATHROOMS STAYS FILLED WITH
SMOKE,
        STAFF IS BRINGING THESE DRUGS
AND CIGARETTES IN-TO INMATES FOR
SALES OF CASH MONIES INSIDE THIS
PRISON SYSTEM DCC

I WOULD LIKE TO BE TRANSFERED OUT
TO ANOTHER INSTITUTIONS, BECAUSE OF THE
POOR CONDITIONS AROUND ME HERE AT THE
DELAWARE CORRECTIONAL CENTER, I AM NOT
RECEIVING ANY TYPE OF REHABILITATION HERE,

SINCERELY YOURS

Paul Smith 142003
10-09-2007
W-Building I-24

NAME PAUL J. SMITH SR. **RECEIVED**

(16)
SBI # 00142003

OCT 1 0 2007

DCC Warden's Office

DATE 10-09-2007

DEAR WARDEN THOMAS CARROLL,

On 10-06-2007, I PAUL SMITH, DID WALK into RESTROOM I-TIER W-Building AND found THREE(3) inmate(s) Smoking CRACK COCAINE OUT OF A CRACK PIPE,

AND BESIDES that(s), EVERYBody is Smoking CIGARETTE(S) in W-Building the Bathroom STAY(S) filled with Smoke,

STAFF is BRINGING THESE DRUG(S) AND CIGARETTE(S) in TO inmate(s) FOR SALE(S) OF CASH MONIE(S) inside this PRISON SYSTEM D.C.C,

I WOULD LIKE TO BE TRANSFERED OUT TO ANOTHER INSTITUTION BECAUSE Of THE POOR CONDITION(S) AROUND ME HERE AT the DELAWARE CORRECTIONAL CENTER, I AM NOT RECEIVING ANY TYPE Of Rehabilitation HERE,

SINCERELY YOUR(S)

PAUL SMITH 142003
10-09-2007
W-Building I-24
TOP BUNK

RECEIVED

OCT 0 9 2007

DCC Warden's Office
DATE Oct 06th 2007

(17.) NAME PAUL Smith SR.
SBI# 00143003

DEAR WARDEN CARROLL,
I PAUL Smith, AM Writting
for SOME Relief, YOU KNOW the POOR CONDITIONS(S) of
these HOUSING Codes(S) is NOT in PLACE for HOUSING
HUMANS(S), AND YOU ALSO KNOW that this HAS BEEN
A DANGER TO MY DISEASE With HAVING ASTHMA
illNESS(S),
      Plus Being CONFINEMENT Within this Building
All DAY EVERYDAY With Nothing to Do, I HAVE NOT
RECEIVED ANY Rehabilitation SINCE I HAVE BEEN
INCARCERATED HERE AT the DELAWARE CORRECTIONAL CENTER,

And AS of Sept. 20th 2007, MY Life is AT DANGER
And I AM in A Life-threatening Situation UNDER
these Condition(S) And the POOR Medical STAFF
Doctors, AND NURSE(S) Along With it's FACILITY, AND Sir,
DUE to All ABOVE FACT(S), I COULD DIED HERE
UNDER Code(S) for Housing, Medical, And the
SAFETY ACT(S),
                    SINCERELY YOUR(S)
                    Paul Smith 10/2007
                    W-Building-1-24
                    TOP BUNK



**First Correctional Medical, L.L.C.**
6861 N. Oracle Road
Tucson, AZ 85704


**Office of the Commissioner**
Attn: *Carl Danberg*
245 McKee Road
Dover, De 19904

NAME Paul J. Smith Sr.
SBI# 00142003

DATE Sept. 20th 2007

DEAR; CORRECTIONAL COUNSELOR SUPERVISOR
Kenneth Milbourne,
                        I Paul Smith, Am Writting
in CONCERN(S) of Conditions UNfairly Considering
the time we Served Here AT The Delaware Correctional
CENTER, Paul J Smith Sr. AND Paul J Smith Jr.
Both Have Been victimized While Being Housed
AT This DEPARTMENT of CORRECTION(S), It's Sadly
TO Say WE ARE victim(S) While Here AT Smyrna
Prison, AND WE REGRET the fact(S) toward(S)
Grief of Having to Be victim(S) of CRIME Being
Committed By other(S), with this DEPARTMENT,

                                    SINCERELY
                                    Paul Smith #142003
                                    W-Building I-24
                                    Sept, 20th 2007

P.S.
INMATES AREN'T RECEiving
ANY A Much of
Rehabilitation while
INCARCERATED AT DCC,

Ask To
TRANSfer To MCI ASAP
LOCATION Justification
A formal Justification
in good faith.

*Sept. 23rd 2007*

## COUNSELOR APPOINTMENT REQUEST FORM

NAME *Paul Smith Sr.*

TIER *I*                    CELL # *24 TOP BUNK* *Racial*

REASON *Transfer, Clearly see Racketeering And Fraud Being Committed) Against Government And Taxpayers However at this time I'm in Life-threatening Serious Situation with Staff and its Administration Here At Delaware Correctional Center.*

*Transfer ASAP 9-3-0*

## DO NOT WRITE BELOW THIS LINE

- - - - - - - - - - - - - - - - - - - - - - - - - - -

I will be able to see you on_____
sometime between_____
If you cannot keep this appointment, you need to inform me in
writing and fill out another request form.  Please have your
questions and concerns together at the time of the appointment
to avoid delays.

Thank you,

Counselor Pettyjohn

- - - - - - - - - - - - - - - - - - - - - - - - - - -

## C/O COPY

DATE_____

TIME_____

NAME_____

TIER_____        CELL#_____

FORM # 795-A





### STATE OF DELAWARE
### DEPARTMENT OF CORRECTION
### **OFFICE OF THE SECURITY SUPERINTENDENT**
### DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
TELEPHONE: (302) 653-9261
FAX: (302) 659-6663

### MEMORANDUM

TO:        I/M Paul J. Smith #142003
           D/W Bldg.

FROM:      Major David K. Holman  *DKH*

DATE:      October 23, 2007

RE:        Your Letter of 10/09/07

---

Please provide Captain Henry, who is my personal representative for these serious allegations, with names, dates, locations, and all other specific details, so we can follow-up with an investigation.

DKH/cf

xc:    Captain Henry
       File





### STATE OF DELAWARE
### DEPARTMENT OF CORRECTION
### **OFFICE OF THE SECURITY SUPERINTENDENT**
### DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
TELEPHONE: (302) 653-9261
FAX: (302) 659-6663

MEMORANDUM

TO:        I/M Paul Smith #142003
           W Bldg.

FROM:      Major David K. Holman  DKH

DATE:      October 19, 2007

RE:        Your Letter of 10/06/07

_____

Hopefully, conditions have improved for you since your transfer to a new housing unit.

DKH/cf

xc:    Captain Hazzard
       Captain Henry
       File





STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6667

# MEMORANDUM

TO:        Inmate Paul J. Smith  SBI# 00142003   Unit W

FROM:    Deputy Warden Burris

DATE:    July 03, 2007

RE:        Inmate letter

---

Your grievance received on June 25, 2007, in my office, has been forwarded to Capt.
McCreanor for processing. To submit grievances, be sure to put them in the grievance
box in your unit.


Cc: Capt. McCreanor

Copy To WARDEN
Betty Buris's

AH
CARL DANBERY (24.)

**FORM #585**

~~MEDICAL~~ **GRIEVANCE**

RECEIVED

JUN 2 5 2007

Deputy Warden II

FACILITY: _Delaware Correctional Center_

INMATE'S NAME: _Paul J Smith_

HOUSING UNIT: _W-Building I-24_

DATE SUBMITTED: _06-25-07_

SBI#: _00149003_

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF ~~MEDICAL~~ INCIDENT: _05-23-07  7:30 pm_

TYPE OF MEDICAL PROBLEM: _ASTHMA_

These Building on this Prison Compound Here AT The Delaware Correctional Center Have Molding, Mold on Cepling And floor Surfac A growth of fungus from Damp or Decaying Matter(s), Also Lead Base Paint, or Lead Mix Compound Paint on Wall(s), A oil Base Causing Poison Housing is Dusty, With Dust Particle(s) All over unit, This type of Living is unsafety for My Health Care With Asthma, It's Been Difficultie's With My Asthma, And Something Needs To Be Done As Soon As Possible.

GRIEVANT'S SIGNATURE: _Paul Smith_                    DATE: _06-25-07_

ACTION REQUESTED BY GRIEVANT: _I Would Like To Be Discharged from this Prison Here AT DCC Until Maintenance is Completed, I Want inspector(s) To View Closely And Critically Examine this whole facility Because These Condition(s) Has Harmed My Asthma Stated By DCC Medic Doctor on 06-22-07 Time 9:30 AM_

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**